# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JONATHANPETER ALLEN KLEIN,**<br><br>and<br><br>**MATTHEW LELAND KLEIN,**<br><br>Defendants. | Case: 1:21−cr−00237<br>Assigned To : Moss, Randolph D.<br>Assign. Date : 3/19/2021<br>Description: INDICTMENT (B)<br><br>**Filed Under Seal** |

## ORDER

This matter having come before the Court pursuant to the motion of the United States to seal the indictment and related documents in this case and delay entry of this criminal case on the public docket until the arrest warrants for both defendants are executed, and because of such reasonable grounds to believe the disclosure of the documents to be sealed will result in serious jeopardy to the investigation and flight from prosecution, the United States has established that a compelling interest exists to justify the requested sealing. Accordingly, the motion is GRANTED, and it is hereby

ORDERED that the indictment, arrest warrants, the motion to seal and proposed order, and this order are sealed, and the Clerk is directed to delay entry of this criminal case on the public docket until the arrest warrants for both defendants, JONATHANPETER KLEIN and MATTHEW KLEIN, are executed, at which time the indictment and related documents shall be unsealed by operation of this order and may be publicly shared by the government.

Date: March 19, 2021

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE