AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-cr-00237 |
| Matthew Leland Klein | ) | Assigned To : Moss, Randolph D. |
| | ) | Assign. Date : 3/19/2021 |
| | ) | Description: INDICTMENT (B) |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Matthew Klein,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy)
18 U.S.C. §§ 231(a)(3), 2 (Civil Disorder)
18 U.S.C. §§ 1512(c)(2), 2 (Obstruction of an Official Proceeding)
18 U.S.C. §§ 1361, 2 (Destruction of Property)
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)

Date:   03/19/2021

2021.03.19
14:55:30 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather
United States Magistrate Judge

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/22/2021, and the person was arrested on *(date)* 3/23/2021
at *(city and state)* Sherwood, OR

Date:   3/23/2021

*Arresting officer's signature*

PETER A. JACKSON, Special Agent
*Printed name and title*