NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.   Criminal Number 21-cr-237(RDM)

Matthew Klein
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA     [ ] RETAINED     [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Steven R. Kiersh #323329
(Attorney & Bar ID Number)
Steven R. Kiersh
(Firm Name)
5335 Wisconsin Avenue, N.W. #440
(Street Address)
washington, D.C. 20015
(City)   (State)   (Zip)
(202) 347-0200
(Telephone Number)