UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-CR-00237-RDM |
| | : | |
| **JONATHANPETER ALLEN KLEIN** | : | |
| | : | |
| and | : | |
| | : | |
| **MATTHEW LELAND KLEIN,** | : | |
| | : | |
| Defendants. | : | |

### GOVERNMENT'S UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendants Jonathanpeter Allen Klein and Matthew Leland Klein regarding this motion and neither oppose entry of the proposed Order.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                              Respectfully submitted,

                                              CHANNING D. PHILLIPS
                                              Acting United States Attorney
                                              D.C. Bar No. 415793

By:    */s/ Christopher K. Veatch*
        CHRISTOPHER K. VEATCH
        Assistant United States Attorney
        IL Bar No. 6276097 (Detailee)
        555 4th Street, N.W.
        Washington, D.C. 20530
        (312) 886-3389
        christopher.veatch@usdoj.gov