UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-CR-00237-RDM-2 |
| | : | |
| MATTHEW LELAND KLEIN, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S REPLY TO**
**DEFENDANT'S RESPONSE TO ORDER OF COURT**

The United States of America respectfully submits its Reply to Defendant's Response to Order of Court (Dkt. 19). In support of his Motion for Institution of Conditions of Pretrial Release (Dkt. 13), defendant Matthew Leland Klein proposes that his mother and father "are prepared to act as third-party custodians through the duration of the proceedings." Dkt. 19 at 2. For the reasons set forth below, the defendant's parents are ill-suited to be responsible for either ensuring defendant's compliance with any conditions of pretrial release imposed by the Court or notifying the Court should the defendant violate such conditions.

1. The defendant's co-conspirator, co-defendant, and brother is Jonathanpeter Allen Klein ("J. Klein").

2. Through a search of one of J. Klein's cellular telephones, law enforcement recovered the follow messages between J. Klein and his "mom" and "dad" (i.e., the defendant's mother and father), which indicate that: (i) the defendant's parents were aware if not supportive of at least J. Klein's unlawful entry to the U.S. Capitol Building on January 6, 2021, and warned J. Klein to not discuss such conduct with anyone to avoid being "caught"; and (ii) the defendant's mother advised J. Klein to delete his phone's data (i.e., destroy potential evidence) and warned J. Klein to be careful with what he said on his phone because it was not "encrypted." Specifically:

a.  On or about January 7, 2021, the defendant's mother and J. Klein exchanged the following messages:[1]





---

[1]  The government has provided the defendant's counsel with unredacted copies of these messages.

b.    On or about January 17, 2021, the defendant's mother and J. Klein exchanged the following messages:









**From:** [redacted] Mom
Wonder what changed on your phone.. Signal is very private and your phone pinged it..
Status: Read
1/17/2021 2:24:28 AM(UTC+0)

Source Extraction: Advanced Logical

**From:** [redacted] Mom
I would clear your phone
Status: Read
1/17/2021 2:24:55 AM(UTC+0)

Source Extraction: Advanced Logical

**From:** [redacted] Mom
Pull a Hillary and use a hammer
Status: Read
1/17/2021 2:25:22 AM(UTC+0)

Source Extraction: Advanced Logical

**From:** [redacted] Mom
And bleach
Status: Read
1/17/2021 2:27:15 AM(UTC+0)

Source Extraction: Advanced Logical



c. On or about January 6, 2021, the defendant's father sent J. Klein the following messages:[2]



---

[2] Given the context of this message, as well as the defendant's mother's reference to "braggers" in her January 7, 2021 message, it appears the defendant's father's reference to "baggers" likely was a typo and intended to reference "braggers."

6

3. The defendant's parents' advice to J. Klein on avoiding being "caught" and the defendant's mother's recommendation that J. Klein destroy potential evidence (i.e., his phone's data) demonstrate that they are not suitable candidates to serve as a third-party custodian for defendant in this matter.

For the reasons set forth above and in the Government's Memorandum in Opposition to Defendant's Motion for Institution of Conditions of Pretrial Release (Dkt. 14), defendant should remain in pretrial custody as there are no conditions or combination of conditions that can reasonable assure his appearance as required and the safety of any other person and the community for purposes of 18 U.S.C. § 3142(e)(1).

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: */s/ Christopher K. Veatch*
CHRISTOPHER K. VEATCH
IL Bar No. 6276097 (Detailee)
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(312) 886-3389
christopher.veatch@usdoj.gov