UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.     21-cr-237 (RDM)

MATTHEW KLEIN

### SECOND SUPPLEMENT TO RESPONSE TO ORDER OF COURT REGARDING THIRD-PARTY CUSTODIANS[1]

Defendant, by and through undersigned counsel, does hereby file this Second supplement to his previously filed Response to Order of Court Concerning Third-Party Custodians. The following are additional individuals who have agreed to act as a third-party custodian to Matthew Klein.

Gregor and Deborah Mitchell reside in Hillsboro, Oregon. Deborah Mitchell is a probation officer employed by Washington County Community Corrections. She has been employed in the field of corrections for the past 32 years. Her responsibilities include preparing presentence reports for individuals awaiting sentencing in Hillsboro, Oregon.

---

[1] A specific address and other identifying information can be provided under seal upon request by the Court.

1

Gregor Mitchell is a self-employed general contractor who has known defendant for a number of years.

The Mitchells reside in a single family home and have an extra bedroom where defendant can reside if released. They are aware of the responsibilities of a third-party custodian and are prepared to fulfill their responsibilities.

There is a lawfully authorized firearm in the house. However, the Mitchells will remove the firearm if it is requested by Pretrial Services.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh#323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

` **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy opf the foregoing. was served, via the Court's electronic filing system, upon all counsel of record on this the 26th day of April 2021.

_____/s/_____
Steven R. Kiersh

2