# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MATTHEW LELAND KLEIN,<br>　　　　*Defendant.* | Criminal Action No. 21-237-2 (RDM) |

## ORDER

For the reasons stated on the record at the Court's hearing on May 13, 2021, as well as for the reasons provided in the Court's Memorandum Opinion and Order of May 4, 2021, it is hereby **ORDERED** that Defendant Matthew Leland Klein's ("Klein") renewed Motion for Pretrial Release, Dkt. 33, is **GRANTED**, subject to certain conditions; it is further

**ORDERED** that, on May 14, 2021, Klein shall be transported by the United States Marshal to the federal courthouse in Portland, Oregon, it is further

**ORDERED** that Klein shall, while at the federal courthouse, sign the "Acknowledgement" section accompanying the forthcoming Order Setting Conditions of Release; it is further

**ORDERED** that the United States Office of Probation and Pretrial Services shall install location monitoring on Klein while he is at the federal courthouse; it is further

**ORDERED** that, upon the installation of location monitoring, Klein shall be released to the custody of Donna Thibodeau, Klein's third-party custodian, who will immediately transport Klein to her residence; it is further

1

**ORDERED** that Klein shall immediately upon his release abide by all conditions set forth in the forthcoming Order Setting Conditions of Release; it is further

**ORDERED** that Klein's third-party custodian shall ensure that all firearms are removed from her residence on or before 12:00PM (noon), May 14, 2021; and it is further

**ORDERED** that Klein's third-party custodian shall ensure that Klein complies with all conditions of his release, and shall, on Monday of each week beginning May 17, 2021, complete, sign, and (through Klein's counsel) submit to the Court Attachment A, provided herein, attesting under penalty of perjury that Klein has complied with the conditions of his pretrial release.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  May 13, 2021