# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | No. 1:21cr237-RDM |
| v.                                                    ) | |
| ) | |
| MATTHEW KLEIN,                          ) | |
| ) | |
| _____Defendant._____) | |

## NOTICE OF ATTORNEY APPEARANCE

Please note the appearance of undersigned counsel for defendant Chad B. Jones, in the above-styled matter.

 

Respectfully Submitted,

By: /s/ *Eugene V. Gorokhov*
Eugene Gorokhov, DC Bar No. 979785
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document via ECF and a copy will be automatically sent to the AUSA of record.

By: /s/ *Eugene V. Gorokhov*
Eugene Gorokhov, DC Bar No. 979785
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com
