UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 21-237-2 (RDM) |
| MATTHEW LELAND KLEIN, | |
| Defendant. | |

### DECLARATION OF DONNA THIBODEAU

Under 28 U.S.C. § 1746, I, Donna Thibodeau, state the following:

1. I am the third-party custodian for Mr. Matthew Leland Klein. By order of the Court, Mr. Klein is confined to my home in Baker County, Oregon.

2. From the period of 5/17, 2021 to 5/23, 2021, I attest that Matthew Leland Klein has fully complied with each and every condition of his pre-trial release.

3. I attest that if I become aware or have reason to believe that Matthew Leland Klein has violated or will violate any conditions of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: 5/24, 2021

_____
Donna Thibodeau

2