UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.     Case No: 21-237 (RDM)

MATTHEW KLEIN

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully represents as follows:

1. Undersigned counsel was appointed pursuant to the Criminal Justice Act.

2. Retained counsel has entered his appearance on behalf of defendant.

3. The services of undersigned counsel are no longer needed.

WHEREFORE, the foregoing considered, undersigned counsel prays this Honorable Court for leave to withdraw his appearance as counsel.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh #323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, on this the ____3rd____ day of June, 2021 upon all counsel of record.

                                            _____/s/_____
                                            Steven R. Kiersh