# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:21cr237-RDM |
| v. ) | |
| ) | |
| MATTHEW KLEIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on Matthew Klein's motion to travel to North Plains, Oregon, from July 30 to August 1 to attend his brother's wedding. Having considered the matter, the motion is GRANTED and it is hereby

ORDERED that Mr. Klein is permitted to travel to North Plains, Oregon from July 30 to August 1, 2021;

It is further ORDERED that Mr. Klein shall remain in the custody of his third party custodian, Donna Thibodeau, for the duration of the approved travel;

It is further ORDERED that Mr. Klein shall remain subject to location monitoring for the duration for the approved travel;

It is further ORDERED that all other conditions of pretrial release shall remain in effect.

So ORDERED on _____.

_____
United States District Court Judge
Washington, DC