UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-237 (RDM) |
| : | |
| JONATHANPETER ALLEN KLEIN and : | |
| MATTHEW LELAND KLEIN, : | |
| : | |
| Defendants. : | |

## GOVERNMENT'S NOTICE REGARDING DISCOVERY CORRESPONDENCE

The United States of America, by and through undersigned counsel, respectfully submits this notice of its correspondence to defense counsel regarding discovery productions to date. Filed as attachments to this notice are letters to counsel containing information regarding the items tendered. In the attachments, certain information has been redacted. However, the letters received by defense counsel were unredacted. The letters are identified in the following chart, which includes the number of the attachment as well as the date and recipient(s) of the correspondence.

| Attachment | Letter Date | Recipient(s) |
|---|---|---|
| 1 | May 5, 2021 | Counsel for Both Defendants (New Counsel for Defendant Matthew Klein was provided this letter on June 1, 2021.) |
| 2 | July 8, 2021 | Counsel for Defendant Jonathanpeter Klein |
| 3 | July 8, 2021 | Counsel for Defendant Matthew Klein |
| 4 | July 12, 2021 | Counsel for Both Defendants[1] |
| 5 | July 20, 2021 | Counsel for Both Defendants |

---

[1] This letter contained spreadsheets describing the non-sensitive, sensitive, and highly sensitive items produced as of July 12, 2021, as well as a cumulative spreadsheet reflecting all three types of produced items. Attachment 4 contains a redacted copy of the cumulative spreadsheet. The itemized versions of the spreadsheets or unredacted versions of the letters are available at the Court's request.

2

                Respectfully submitted,

                CHANNING D. PHILLIPS
                Acting United States Attorney
                DC Bar No. 415793

By:    /s/ *Christopher K. Veatch*
                CHRISTOPHER K. VEATCH
                Assistant United States Attorney, Detailee
                IL Bar No. 6276097
                219 S. Dearborn Street, 5th Floor
                Chicago, Illinois 60604
                christopher.veatch@usdoj.gov
                (312) 886-3389