

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 5, 2021

Michelle M. Sweet, Esq.                 Steven R. Kiersh, Esq.
Federal Public Defender                 Law Office of Steven R. Kiersh
District of Oregon                      5335 Wisconsin Avenue, NW, Suite 440
101 SW Main Street, Suite 1700          Washington, D.C. 20015
Portland, OR 97204

     Re:    *United States v. Jonathanpeter Allen Klein & Matthew Leland Klein*
            Case No. 21-CR-237

Dear Counsel:

The government has prepared a significant batch of preliminary discovery in this case which will be tendered to you through the DOJ's USAfx file sharing system. These materials contain the items identified in Attachment A to this letter.

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips.  The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

This material is subject to the terms of the Protective Order issued in this case. Please note, none of the materials described in Attachment A are considered Sensitive or Highly Sensitive for the purposes of the Protective Order, at this time. However, the government reserves the right to change this designation to the extent an item's sensitivity was not properly categorized in this preliminary discovery.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

*s/ Christopher K. Veatch*
CHRISTOPHER K. VEATCH
Assistant United States Attorney

Attachment

**ATTACHMENT A TO MAY 5, 2021**
**PRELIMINARY DISCOVERY LETTER**
**(U.S. v. J. & M. Klein, No. 21-CR-237)**

| Document Date | Title | Description | File Name |
|---|---|---|---|
| 2/5/2021 | | | 266O-PD-3386048_0000001_1A0000001_0000004.jpeg |
| 2/5/2021 | | | 266O-PD-3386048_0000001_1A0000001_0000005.pdf |
| 2/5/2021 | | | 266O-PD-3386048_0000001_1A0000001_0000006.jpg |
| 2/5/2021 | | | 266O-PD-3386048_0000003.pdf |
| 2/5/2021 | | | 266O-PD-3386048_0000003_1A0000002_0000001.mp4 |
| 2/5/2021 | | | 266O-PD-3386048_0000003_1A0000002_0000002.mp4 |
| 2/5/2021 | | | 266O-PD-3386048_0000003_1A0000002_0000003.pdf |
| 2/5/2021 | | | 266O-PD-3386048_0000003_1A0000002_0000004.pdf |
| 2/5/2021 | | | 266O-PD-3386048_0000003_1A0000002_0000005.pdf |
| 2/5/2021 | | | 266O-PD-3386048_0000003_1A0000002_0000006_PHYSICAL.pdf |

**Subject to Protective Order**

| 2/9/2021 | | 266O-PD-3386048_0000005.pdf |
|---|---|---|
| 2/9/2021 | | 266O-PD-3386048_0000006.pdf |
| 2/9/2021 | | 266O-PD-3386048_0000007_1A0000003_0000001.pdf |
| 2/23/2021 | | 266O-PD-3386048_0000009.pdf |

Subject to Protective Order

| 2/23/2021 | | 266O-PD-3386048_0000009_1A0000004_0000001_PHYSICAL.pdf |
| 2/23/2021 | | 266O-PD-3386048_0000009_1A0000004_0000002.mp4 |
| 2/23/2021 | | 266O-PD-3386048_0000009_1A0000004_0000003.pdf |
| 2/23/2021 | | 266O-PD-3386048_0000009_1A0000004_0000004.jpg |
| 3/3/2021 | | 266O-PD-3386048_0000013.pdf |
| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000001_PHYSICAL.pdf |
| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000002.pdf |
| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000003.JPG |
| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000004.JPG |
| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000005.JPG |

**Subject to Protective Order**

| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000006.JPG |
|---|---|---|
| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000007.JPG |
| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000008.JPG |
| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000009.JPG |
| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000010.JPG |
| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000011.JPG |
| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000012.JPG |
| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000013.JPG |
| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000014.JPG |
| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000015.JPG |
| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000016.JPG |
| 3/3/2021 | | 266O-PD-3386048_0000013_1A0000009_0000017.JPG |

Subject to Protective Order

| 3/3/2021 | | | 266O-PD-3386048_0000013_1A0000009_0000018.JPG |
| 3/3/2021 | | | 266O-PD-3386048_0000013_1A0000009_0000019.JPG |
| 3/3/2021 | | | 266O-PD-3386048_0000013_1A0000009_0000020.JPG |
| 3/3/2021 | | | 266O-PD-3386048_0000013_1A0000009_0000021.JPG |
| 3/3/2021 | | | 266O-PD-3386048_0000013_1A0000010_0000001_PHYSICAL.pdf |
| 3/3/2021 | | | 266O-PD-3386048_0000015.pdf |
| 3/3/2021 | | | 266O-PD-3386048_0000015_1A0000012_0000003.pdf |
| 3/11/2021 | | | 266O-PD-3386048_0000018_1A0000016_0000001.pdf |
| 3/11/2021 | | | 266O-PD-3386048_0000018_1A0000016_0000003_PHYSICAL.pdf |
| 3/11/2021 | | | 266O-PD-3386048_0000018_1A0000016_0000004.html |

Subject to Protective Order

| | | |
|---|---|---|
| 3/11/2021 | | 266O-PD-3386048_0000018_1A0000016_0000005.txt |
| 3/11/2021 | | 266O-PD-3386048_0000019.pdf |
| 3/11/2021 | | 266O-PD-3386048_0000019_1C0000001_0000001_PHYSICAL.pdf |
| 3/12/2021 | | 266O-PD-3386048_0000020.pdf |
| 3/12/2021 | | 266O-PD-3386048_0000020_1A0000017_0000001.mp4 |
| 3/12/2021 | | 266O-PD-3386048_0000020_1A0000017_0000002.mp4 |
| 3/12/2021 | | 266O-PD-3386048_0000020_1A0000017_0000003_PHYSICAL.pdf |
| 3/12/2021 | | 266O-PD-3386048_0000020_1A0000017_0000004.mp4 |
| 3/12/2021 | | 266O-PD-3386048_0000020_1A0000017_0000005.pdf |

Subject to Protective Order

| | | |
|---|---|---|
| 3/12/2021 | | 266O-PD-3386048_0000020_1A0000017_0000006.mp4 |
| 3/12/2021 | | 266O-PD-3386048_0000021.pdf |
| 3/12/2021 | | 266O-PD-3386048_0000021_1A0000018_0000001_PHYSICAL.pdf |
| 3/12/2021 | | 266O-PD-3386048_0000021_1A0000019_0000001.pdf |
| 3/25/2021 | | 266O-PD-3386048_0000024.pdf |
| 3/25/2021 | | 266O-PD-3386048_0000024_1A0000020_0000001.pdf |
| 3/25/2021 | | 266O-PD-3386048_0000025_1A0000007_0000001.pdf |
| 3/25/2021 | | 266O-PD-3386048_0000025_1A0000007_0000002.pdf |
| 3/25/2021 | | 266O-PD-3386048_0000026_1A0000021_0000002.pdf |

Subject to Protective Order

| | | |
|---|---|---|
| 3/25/2021 | | 266O-PD-3386048_0000026_1A0000021_0000003.pdf |
| 3/25/2021 | | 266O-PD-3386048_0000027_1A0000022_0000001.pdf |
| 3/25/2021 | | 266O-PD-3386048_0000027_1A0000022_0000002.pdf |
| 3/29/2021 | | 266O-PD-3386048_0000028_1A0000023_0000002.pdf |
| 3/29/2021 | | 266O-PD-3386048_0000029.pdf |
| 3/29/2021 | | 266O-PD-3386048_0000029_1A0000024_0000001.pdf |
| 3/29/2021 | | 266O-PD-3386048_0000029_1A0000024_0000003.pdf |
| 3/31/2021 | | 266O-PD-3386048_0000032.pdf |
| 3/31/2021 | | 266O-PD-3386048_0000034.pdf |
| 3/31/2021 | | 266O-PD-3386048_0000034_Import.rtf |
| 4/2/2021 | | 266O-PD-3386048_0000036.pdf |
| 4/2/2021 | | 266O-PD-3386048_0000036_Import.pdf |

Subject to Protective Order

| 4/2/2021 | | 266O-PD-3386048_0000037.pdf |
| 4/2/2021 | | 266O-PD-3386048_0000037_1A0000027_0000002.pdf |
| 4/2/2021 | | 266O-PD-3386048_0000037_1A0000027_0000004.pdf |
| 4/2/2021 | | 266O-PD-3386048_0000038.pdf |
| 4/2/2021 | | 266O-PD-3386048_0000038_1A0000028_0000001_PHYSICAL.pdf |
| 4/2/2021 | | 266O-PD-3386048_0000039_1A0000029_0000004_PHYSICAL.pdf |
| 4/2/2021 | | 266O-PD-3386048_0000039_1A0000029_0000005.pdf |

Subject to Protective Order

| 4/2/2021 | | 266O-PD-3386048_0000040.pdf |
|---|---|---|
| 4/2/2021 | | 266O-PD-3386048_0000040_1A0000030_0000001.jpg |
| 4/2/2021 | | 266O-PD-3386048_0000040_1A0000030_0000002.jpg |
| 4/2/2021 | | 266O-PD-3386048_0000040_1A0000030_0000003.jpg |
| 4/2/2021 | | 266O-PD-3386048_0000040_1A0000030_0000004.jpg |
| 4/2/2021 | | 266O-PD-3386048_0000040_1A0000030_0000005.jpg |
| 4/2/2021 | | 266O-PD-3386048_0000040_1A0000030_0000006.jpg |
| 4/2/2021 | | 266O-PD-3386048_0000040_1A0000030_0000007.jpg |
| 4/2/2021 | | 266O-PD-3386048_0000040_1A0000030_0000008.jpg |
| 4/2/2021 | | 266O-PD-3386048_0000040_1A0000030_0000009_PHYSICAL.pdf |

Subject to Protective Order

| | | |
|---|---|---|
| 4/2/2021 | | 266O-PD-3386048_0000040_1A0000030_0000010.jpg |
| 4/2/2021 | | 266O-PD-3386048_0000040_1A0000030_0000011.jpg |
| 4/2/2021 | | 266O-PD-3386048_0000040_1A0000030_0000012.jpg |
| 4/2/2021 | | 266O-PD-3386048_0000040_1A0000030_0000013.pdf |
| 4/5/2021 | | 266O-PD-3386048_0000041.pdf |
| 4/5/2021 | | 266O-PD-3386048_0000041_1A0000012_0000001.pdf |
| 4/5/2021 | | 266O-PD-3386048_0000042_1A0000031_0000001.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000042_1A0000031_0000002.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000042_1A0000031_0000003.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000042_1A0000031_0000004.jpg |

**Subject to Protective Order**

| 4/5/2021 | | 266O-PD-3386048_0000042_1A0000031_0000005.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000042_1A0000031_0000006.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000042_1A0000031_0000007.pdf |
| 4/5/2021 | | 266O-PD-3386048_0000042_1A0000031_0000008.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000042_1A0000031_0000009.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000042_1A0000031_0000010.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000042_1A0000031_0000011_PHYSICAL.pdf |
| 4/5/2021 | | 266O-PD-3386048_0000042_1A0000031_0000012.mp4 |
| 4/5/2021 | | 266O-PD-3386048_0000042_1A0000031_0000013.mp4 |
| 4/5/2021 | | 266O-PD-3386048_0000042_1A0000031_0000014.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000042_1A0000031_0000015.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000042_1A0000031_0000020.pdf |

Subject to Protective Order

| 4/5/2021 | | 266O-PD-3386048_0000043_1A0000032_0000001.jpg |
|---|---|---|
| 4/5/2021 | | 266O-PD-3386048_0000043_1A0000032_0000003.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000043_1A0000032_0000004.pdf |
| 4/5/2021 | | 266O-PD-3386048_0000043_1A0000032_0000006.JPG |
| 4/5/2021 | | 266O-PD-3386048_0000043_1A0000032_0000007.mp4 |
| 4/5/2021 | | 266O-PD-3386048_0000043_1A0000032_0000008.JPG |
| 4/5/2021 | | 266O-PD-3386048_0000043_1A0000032_0000009_PHYSICAL.pdf |
| 4/5/2021 | | 266O-PD-3386048_0000043_1A0000032_0000010_PHYSICAL.pdf |
| 4/5/2021 | | 266O-PD-3386048_0000043_1A0000032_0000011.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000044_1A0000033_0000001.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000044_1A0000033_0000002.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000044_1A0000033_0000003.jpg |

Subject to Protective Order

| 4/5/2021 | | 266O-PD-3386048_0000044_1A0000033_0000004.jpg |
|---|---|---|
| 4/5/2021 | | 266O-PD-3386048_0000044_1A0000033_0000005.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000044_1A0000033_0000006.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000044_1A0000033_0000008.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000044_1A0000033_0000009_PHYSICAL.pdf |
| 4/5/2021 | | 266O-PD-3386048_0000044_1A0000033_0000010.jpg |
| 4/5/2021 | | 266O-PD-3386048_0000044_1A0000033_0000011.JPG |
| 4/5/2021 | | 266O-PD-3386048_0000044_1A0000033_0000012.pdf |
| 4/5/2021 | | 266O-PD-3386048_0000044_1A0000033_0000013.pdf |
| 4/5/2021 | | 266O-PD-3386048_0000044_1A0000033_0000014_PHYSICAL.pdf |
| 4/5/2021 | | 266O-PD-3386048_0000044_1A0000033_0000015.pdf |

Subject to Protective Order

| Date | | File |
|---|---|---|
| 4/6/2021 | | 266O-PD-3386048_0000045.pdf |
| 4/6/2021 | | 266O-PD-3386048_0000045_1A0000034_0000001.pdf |
| 4/6/2021 | | 266O-PD-3386048_0000045_1A0000034_0000002.pdf |
| 4/6/2021 | | 266O-PD-3386048_0000045_1A0000034_0000003_PHYSICAL.pdf |
| 4/7/2021 | | 266O-PD-3386048_0000051_1A0000043_0000001_PHYSICAL.pdf |
| 4/7/2021 | | 266O-PD-3386048_0000052_1A0000044_0000001_PHYSICAL.pdf |
| 4/7/2021 | | 266O-PD-3386048_0000053.pdf |
| 4/7/2021 | | 266O-PD-3386048_0000053_Import.rtf |
| 4/7/2021 | | 266O-PD-3386048_0000054.pdf |
| 4/7/2021 | | 266O-PD-3386048_0000054_1A0000045_0000001.png |
| 4/7/2021 | | 266O-PD-3386048_0000054_Import.rtf |

Subject to Protective Order

| | | |
|---|---|---|
| 4/7/2021 | | 266O-PD-3386048_0000055.pdf |
| 4/7/2021 | | 266O-PD-3386048_0000055_1A0000046_0000001_PHYSICAL.pdf |
| 4/7/2021 | | 266O-PD-3386048_0000055_1A0000047_0000001.pdf |
| 4/7/2021 | | 266O-PD-3386048_0000056.pdf |
| 4/9/2021 | | 266O-PD-3386048_0000058.pdf |
| 4/9/2021 | | 266O-PD-3386048_0000058_1A0000048_0000002.pdf |
| 4/9/2021 | | 266O-PD-3386048_0000058_Import.pdf |
| 4/23/2021 | | 266O-PD-3386048_0000067_1A0000001_0000003.pdf |
| 4/23/2021 | | 266O-PD-3386048_0000067_1A0000001_0000004.jpg |
| 4/23/2021 | | 266O-PD-3386048_0000067_1A0000001_0000005.jpeg |
| 4/23/2021 | | 266O-PD-3386048_0000068_1A0000002_0000002.pdf |

Subject to Protective Order

| 4/23/2021 | | 266O-PD-3386048_0000070_1A0000003_0000002.pdf |
| 4/23/2021 | | 266O-PD-3386048_0000071.pdf |
| 4/23/2021 | | 266O-PD-3386048_0000072_1A0000004_0000001.pdf |
| 4/23/2021 | | 266O-PD-3386048_0000072_1A0000005_0000001_PHYSICAL.pdf |
| 4/23/2021 | | 266O-PD-3386048_0000074.pdf |
| 4/23/2021 | | 266O-PD-3386048_0000075_1A0000008_0000001_PHYSICAL.pdf |
| 4/23/2021 | | 266O-PD-3386048_0000076.pdf |
| 4/23/2021 | | 266O-PD-3386048_0000076_1A0000009_0000001_PHYSICAL.pdf |
| 4/23/2021 | | 266O-PD-3386048_0000077.pdf |
| 4/23/2021 | | 266O-PD-3386048_0000077_1A0000010_0000001_PHYSICAL.pdf |

Subject to Protective Order

| 2/17/2021 | | 266O-PD-3386048-GJ_0000001.pdf |
|---|---|---|
| 2/17/2021 | | 266O-PD-3386048-GJ_0000001_1A0000001_0000002.pdf |
| 2/17/2021 | | 266O-PD-3386048-GJ_0000001_1A0000001_0000003.pdf |
| 2/17/2021 | | 266O-PD-3386048-GJ_0000002.pdf |
| 2/17/2021 | | 266O-PD-3386048-GJ_0000002_1A0000002_0000002.pdf |
| 2/17/2021 | | 266O-PD-3386048-GJ_0000002_1A0000002_0000003.pdf |
| 2/17/2021 | | 266O-PD-3386048-GJ_0000003.pdf |
| 2/17/2021 | | 266O-PD-3386048-GJ_0000003_1A0000003_0000001.pdf |

Subject to Protective Order

| 2/17/2021 | | 266O-PD-3386048-GJ_0000003_1A0000003_0000002.pdf |
|-----------|--|---------------------------------------------------|
| 2/17/2021 | | 266O-PD-3386048-GJ_0000003_1A0000003_0000003.jpeg |
| 2/17/2021 | | 266O-PD-3386048-GJ_0000004.pdf |
| 2/18/2021 | | 266O-PD-3386048-GJ_0000005_1A0000004_0000002.pdf |
| 2/18/2021 | | 266O-PD-3386048-GJ_0000006_1A0000005_0000003.pdf |
| 2/19/2021 | | 266O-PD-3386048-GJ_0000007.pdf |
| 2/19/2021 | | 266O-PD-3386048-GJ_0000007_1A0000006_0000002.pdf |
| 2/19/2021 | | 266O-PD-3386048-GJ_0000007_1A0000006_0000003.pdf |
| 2/19/2021 | | 266O-PD-3386048-GJ_0000007_1A0000006_0000004.pdf |
| 2/19/2021 | | 266O-PD-3386048-GJ_0000007_1A0000006_0000005.pdf |
| 2/19/2021 | | 266O-PD-3386048-GJ_0000007_1A0000006_0000006.pdf |
| 3/29/2021 | | 266O-PD-3386048-GJ_0000008_1A0000007_0000001.pdf |
| 3/29/2021 | | 266O-PD-3386048-GJ_0000008_1A0000007_0000002.pdf |

Subject to Protective Order

| | | 266O-PD-3386048-GJ_0000008_1A0000007_0000003.pdf |
|---|---|---|
| 3/29/2021 | | |
| 3/29/2021 | | 266O-PD-3386048-GJ_0000008_1A0000007_0000004.tif |
| 4/2/2021 | | 266O-PD-3386048-GJ_0000009_1A0000008_0000002.pdf |
| 4/2/2021 | | 266O-PD-3386048-GJ_0000009_1A0000008_0000003.pdf |
| 2/22/2021 | | 266O-PD-3386048-PEN_0000001.pdf |

Subject to Protective Order