

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 12, 2021

Michelle M. Sweet, Esq.　　　　　　　　Eugene Gorokhov, Esq.
Federal Public Defender　　　　　　　　Burnham & Gorokhov, PLLC
District of Oregon　　　　　　　　　　　1424 K Street NW, Suite 500
101 SW Main Street, Suite 1700　　　　Washington, D.C. 20005
Portland, OR 97204

　　　　Re:　　*United States v. Jonathan Peter Klein & Matthew Leland Klein*
　　　　　　　Case No. 21-CR-237

Dear Counsel:

　　　I have uploaded to USAfx an additional batch of discovery consisting of Sensitive and Highly Sensitive items. The file names for these items should reflect whether the information is considered Sensitive or Highly Sensitive. In addition, each of the .pdf files have headers/footers identifying the item's classification.

　　　The following Sensitive items are being disclosed in raw form and, as such, do not contain classification headers/footers:

- 266O-PD-3386048_0000039_1A0000029_0000002 (SENSITIVE).html
- 266O-PD-3386048_0000001_1A0000001_0000002 (SENSITIVE).jpg
- 266O-PD-3386048_0000066_1A0000051_0000003 (SENSITIVE).jpg
- 266O-PD-3386048_0000059_1A0000049_0000003 (SENSITIVE).csv
- 266O-PD-3386048_0000059_1A0000050_0000003 (SENSITIVE).csv
- 266O-PD-3386048_0000079_1A0000052_0000002 (SENSITIVE).csv
- 266O-PD-3386048_0000079_1A0000052_0000003 (SENSITIVE).csv
- 266O-PD-3386048_0000079_1A0000052_0000006 (SENSITIVE).xlsx
- 266O-PD-3386048_0000079_1A0000052_0000007 (SENSITIVE).xlsx
- 266O-PD-3386048_0000057_Import (SENSITIVE).docx
- 266O-PD-3386048_0000018_1A0000016_0000002 (SENSITIVE).zip
- 266O-PD-3386048_0000039_1A0000029_0000001 (SENSITIVE).zip
- 266O-PD-3386048_0000039_1A0000029_0000003 (SENSITIVE).zip

- 266O-PD-3386048-GJ_0000005_1A0000004_0000001 (SENSITIVE).zip
- 266O-PD-3386048-GJ_0000009_1A0000008_0000006 (SENSITIVE).zip
- 266O-PD-3386048_0000063_1A0006218_0000001 (SENSITIVE).png

Provided with this letter is an index of the items the government has tendered in discovery to date.

As always, please let me know if you have any questions or issues accessing any of the files. Please also let me know if there are items that have not yet been produced that you would like prioritized as the formal discovery productions are prepared.

Sincerely,

*s/ Christopher K. Veatch*
CHRISTOPHER K. VEATCH
Assistant United States Attorney

Attachment

| Classification | Document Date | Title | Description | File Name | Produced |
|---|---|---|---|---|---|
| Sensitive | 2/5/2021 | | | 266O-PD-3386048_0000001_1A0000001_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/5/2021 | | | 266O-PD-3386048_0000001_1A0000001_0000002 (SENSITIVE).jpg | 7/12/2021 |
| Sensitive | 2/5/2021 | | | 266O-PD-3386048_0000001_1A0000001_0000003 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/5/2021 | | | 266O-PD-3386048_0000002 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/5/2021 | | | 266O-PD-3386048_0000002_1A0010958_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/5/2021 | | | 266O-PD-3386048_0000002_1A0010959_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/9/2021 | | | 266O-PD-3386048_0000004 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/9/2021 | | | 266O-PD-3386048_0000004_Import (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/9/2021 | | | 266O-PD-3386048_0000005_Import (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/9/2021 | | | 266O-PD-3386048_0000006_Import (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/9/2021 | | | 266O-PD-3386048_0000007 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/9/2021 | | | 266O-PD-3386048_0000007_1A0000003_0000002 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/26/2021 | | | 266O-PD-3386048_0000010 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/26/2021 | | | 266O-PD-3386048_0000010_1A0000005_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/26/2021 | | | 266O-PD-3386048_0000010_Import (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/3/2021 | | | 266O-PD-3386048_0000014 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/3/2021 | | | 266O-PD-3386048_0000014_1A0000011_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/3/2021 | | | 266O-PD-3386048_0000014_Import (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/3/2021 | | | 266O-PD-3386048_0000015_1A0000012_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/3/2021 | | | 266O-PD-3386048_0000015_1A0000012_0000002 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/11/2021 | | | 266O-PD-3386048_0000018 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/11/2021 | | | 266O-PD-3386048_0000018_1A0000016_0000002 (SENSITIVE).zip | 7/12/2021 |
| Sensitive | 3/18/2021 | | | 266O-PD-3386048_0000022 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/18/2021 | | | 266O-PD-3386048_0000022_1A0007259_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/24/2021 | | | 266O-PD-3386048_0000023 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/24/2021 | | | 266O-PD-3386048_0000023_1A0007363_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/25/2021 | | | 266O-PD-3386048_0000024_Import (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/25/2021 | | | 266O-PD-3386048_0000025 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/25/2021 | | | 266O-PD-3386048_0000026 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/25/2021 | | | 266O-PD-3386048_0000026_1A0000021_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/25/2021 | | | 266O-PD-3386048_0000027 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/29/2021 | | | 266O-PD-3386048_0000028 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/29/2021 | | | 266O-PD-3386048_0000028_1A0000023_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/29/2021 | | | 266O-PD-3386048_0000029_1A0000024_0000002 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/29/2021 | | | 266O-PD-3386048_0000029_1A0000024_0000004 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/29/2021 | | | 266O-PD-3386048_0000029_Import (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/31/2021 | | | 266O-PD-3386048_0000030 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/31/2021 | | | 266O-PD-3386048_0000031 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 3/31/2021 | | | 266O-PD-3386048_0000032_Import (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/1/2021 | | | 266O-PD-3386048_0000035 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/1/2021 | | | 266O-PD-3386048_0000035_1A0000026_0000001_PHYSICAL (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000036.pdf | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000036_Import.pdf | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000037.pdf | 5/5/2021 |
| Sensitive | 4/2/2021 | | | 266O-PD-3386048_0000037_1A0000027_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000037_1A0000027_0000002.pdf | 5/5/2021 |

| Classification | Document Date | Title | Description | File Name | Produced |
|---|---|---|---|---|---|
| Sensitive | 4/2/2021 | | | 266O-PD-3386048_0000037_1A0000027_0000003 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000037_1A0000027_0000004.pdf | 5/5/2021 |
| Sensitive | 4/2/2021 | | | 266O-PD-3386048_0000037_Import (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000038.pdf | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000038_1A0000028_0000001_PHYSICAL.pdf | 5/5/2021 |
| Sensitive | 4/2/2021 | | | 266O-PD-3386048_0000039 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/2/2021 | | | 266O-PD-3386048_0000039_1A0000029_0000001 (SENSITIVE).zip | 7/12/2021 |
| Sensitive | 4/2/2021 | | | 266O-PD-3386048_0000039_1A0000029_0000002 (SENSITIVE).html | 7/12/2021 |
| Sensitive | 4/2/2021 | | | 266O-PD-3386048_0000039_1A0000029_0000003 (SENSITIVE).zip | 7/12/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000039_1A0000029_0000004_PHYSICAL.pdf | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000039_1A0000029_0000005.pdf | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000040.pdf | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000040_1A0000030_0000001.jpg | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000040_1A0000030_0000002.jpg | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000040_1A0000030_0000003.jpg | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000040_1A0000030_0000004.jpg | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000040_1A0000030_0000005.jpg | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000040_1A0000030_0000006.jpg | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000040_1A0000030_0000007.jpg | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000040_1A0000030_0000008.jpg | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000040_1A0000030_0000009_PHYSICAL.pdf | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000040_1A0000030_0000010.jpg | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000040_1A0000030_0000011.jpg | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000040_1A0000030_0000012.jpg | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048_0000040_1A0000030_0000013.pdf | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000041.pdf | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000041_1A0000012_0000001.pdf | 5/5/2021 |
| Sensitive | 4/5/2021 | | | 266O-PD-3386048_0000042 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000001.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000002.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000003.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000004.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000005.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000006.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000007.pdf | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000008.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000009.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000010.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000011_PHYSICAL.pdf | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000012.mp4 | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000013.mp4 | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000014.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000015.jpg | 5/5/2021 |
| Sensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000016 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000017 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000018 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000019 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000042_1A0000031_0000020.pdf | 5/5/2021 |
| Sensitive | 4/5/2021 | | | 266O-PD-3386048_0000043 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000043_1A0000032_0000001.jpg | 5/5/2021 |
| Sensitive | 4/5/2021 | | | 266O-PD-3386048_0000043_1A0000032_0000002 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000043_1A0000032_0000003.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000043_1A0000032_0000004.pdf | 5/5/2021 |
| Sensitive | 4/5/2021 | | | 266O-PD-3386048_0000043_1A0000032_0000005 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000043_1A0000032_0000006.JPG | 5/5/2021 |

| Classification | Document Date | Title | Description | File Name | Produced |
|---|---|---|---|---|---|
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000043_1A0000032_0000007.mp4 | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000043_1A0000032_0000008.JPG | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000043_1A0000032_0000009_PHYSICAL.pdf | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000043_1A0000032_0000010_PHYSICAL.pdf | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000043_1A0000032_0000011.jpg | 5/5/2021 |
| Sensitive | 4/5/2021 | | | 266O-PD-3386048_0000043_1A0000032_0000012 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/5/2021 | | | 266O-PD-3386048_0000044 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000044_1A0000033_0000001.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000044_1A0000033_0000002.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000044_1A0000033_0000003.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000044_1A0000033_0000004.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000044_1A0000033_0000005.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000044_1A0000033_0000006.jpg | 5/5/2021 |
| Sensitive | 4/5/2021 | | | 266O-PD-3386048_0000044_1A0000033_0000007 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000044_1A0000033_0000008.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000044_1A0000033_0000009_PHYSICAL.pdf | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000044_1A0000033_0000010.jpg | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000044_1A0000033_0000011.JPG | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000044_1A0000033_0000012.pdf | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000044_1A0000033_0000013.pdf | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000044_1A0000033_0000014_PHYSICAL.pdf | 5/5/2021 |
| Nonsensitive | 4/5/2021 | | | 266O-PD-3386048_0000044_1A0000033_0000015.pdf | 5/5/2021 |
| Nonsensitive | 4/6/2021 | | | 266O-PD-3386048_0000045.pdf | 5/5/2021 |
| Nonsensitive | 4/6/2021 | | | 266O-PD-3386048_0000045_1A0000034_0000001.pdf | 5/5/2021 |
| Nonsensitive | 4/6/2021 | | | 266O-PD-3386048_0000045_1A0000034_0000002.pdf | 5/5/2021 |
| Nonsensitive | 4/6/2021 | | | 266O-PD-3386048_0000045_1A0000034_0000003_PHYSICAL.pdf | 5/5/2021 |
| Sensitive | 4/6/2021 | | | 266O-PD-3386048_0000047 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/6/2021 | | | 266O-PD-3386048_0000047_1A0000036_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/6/2021 | | | 266O-PD-3386048_0000047_1A0000036_0000002 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/6/2021 | | | 266O-PD-3386048_0000047_1A0000036_0000003 (SENSITIVE).pdf | 7/12/2021 |
| Highy Sensitive | 4/7/2021 | | | 266O-PD-3386048_0000048(HIGHLY SENSITIVE).pdf | 7/12/2021 |
| Highy Sensitive | 4/7/2021 | | | 266O-PD-3386048_0000048_1A0000037_0000001_PHYSICAL(HIGHLY SENSITIVE).pdf | 7/12/2021 |
| Highy Sensitive | 4/7/2021 | | | 266O-PD-3386048_0000048_1A0000038_0000001_PHYSICAL(HIGHLY SENSITIVE).pdf | 7/12/2021 |
| Highy Sensitive | 4/7/2021 | | | 266O-PD-3386048_0000048_1A0000038_0000002(HIGHLY SENSITIVE).pdf | 7/12/2021 |

| Classification | Document Date | Title | Description | File Name | Produced |
|---|---|---|---|---|---|
| Highy Sensitive | 4/7/2021 | | | 266O-PD-3386048_0000049(HIGHLY SENSITIVE).pdf | 7/12/2021 |
| Highy Sensitive | 4/7/2021 | | | 266O-PD-3386048_0000049_1A0000039_0000001_PHYSICAL(HIGHLY SENSITIVE).pdf | 7/12/2021 |
| Highy Sensitive | 4/7/2021 | | | 266O-PD-3386048_0000049_1A0000040_0000001(HIGHLY SENSITIVE).pdf | 7/12/2021 |
| Highy Sensitive | 4/7/2021 | | | 266O-PD-3386048_0000049_1A0000040_0000002_PHYSICAL(HIGHLY SENSITIVE).pdf | 7/12/2021 |
| Highy Sensitive | 4/7/2021 | | | 266O-PD-3386048_0000050(HIGHLY SENSITIVE).pdf | 7/12/2021 |
| Highy Sensitive | 4/7/2021 | | | 266O-PD-3386048_0000050_1A0000041_0000001_PHYSICAL(HIGHLY SENSITIVE).pdf | 7/12/2021 |
| Highy Sensitive | 4/7/2021 | | | 266O-PD-3386048_0000050_1A0000042_0000001_PHYSICAL(HIGHLY SENSITIVE).pdf | 7/12/2021 |
| Highy Sensitive | 4/7/2021 | | | 266O-PD-3386048_0000050_1A0000042_0000002(HIGHLY SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/7/2021 | | | 266O-PD-3386048_0000051 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/7/2021 | | | 266O-PD-3386048_0000051_1A0000043_0000001_PHYSICAL.pdf | 5/5/2021 |
| Sensitive | 4/7/2021 | | | 266O-PD-3386048_0000052 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/7/2021 | | | 266O-PD-3386048_0000052_1A0000044_0000001_PHYSICAL.pdf | 5/5/2021 |
| Nonsensitive | 4/7/2021 | | | 266O-PD-3386048_0000053.pdf | 5/5/2021 |
| Nonsensitive | 4/7/2021 | | | 266O-PD-3386048_0000053_Import.rtf | 5/5/2021 |

| Classification | Document Date | Title | Description | File Name | Produced |
|---|---|---|---|---|---|
| Nonsensitive | 4/7/2021 | | | 266O-PD-3386048_0000054.pdf | 5/5/2021 |
| Nonsensitive | 4/7/2021 | | | 266O-PD-3386048_0000054_1A0000045_0000001.png | 5/5/2021 |
| Nonsensitive | 4/7/2021 | | | 266O-PD-3386048_0000054_Import.rtf | 5/5/2021 |
| Nonsensitive | 4/7/2021 | | | 266O-PD-3386048_0000055.pdf | 5/5/2021 |
| Nonsensitive | 4/7/2021 | | | 266O-PD-3386048_0000055_1A0000046_0000001_PHYSICAL.pdf | 5/5/2021 |
| Nonsensitive | 4/7/2021 | | | 266O-PD-3386048_0000055_1A0000047_0000001.pdf | 5/5/2021 |
| Nonsensitive | 4/7/2021 | | | 266O-PD-3386048_0000056.pdf | 5/5/2021 |
| Sensitive | 4/9/2021 | | | 266O-PD-3386048_0000057 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/9/2021 | | | 266O-PD-3386048_0000057_Import (SENSITIVE).docx | 7/12/2021 |
| Nonsensitive | 4/9/2021 | | | 266O-PD-3386048_0000058.pdf | 5/5/2021 |
| Sensitive | 4/9/2021 | | | 266O-PD-3386048_0000058_1A0000048_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/9/2021 | | | 266O-PD-3386048_0000058_1A0000048_0000002.pdf | 5/5/2021 |
| Nonsensitive | 4/9/2021 | | | 266O-PD-3386048_0000058_Import.pdf | 5/5/2021 |
| Sensitive | 4/9/2021 | | | 266O-PD-3386048_0000059 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/9/2021 | | | 266O-PD-3386048_0000059_1A0000049_0000001_PHYSICAL (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/9/2021 | | | 266O-PD-3386048_0000059_1A0000049_0000002 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/9/2021 | | | 266O-PD-3386048_0000059_1A0000049_0000003 (SENSITIVE).csv | 7/12/2021 |
| Sensitive | 4/9/2021 | | | 266O-PD-3386048_0000059_1A0000049_0000004 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/9/2021 | | | 266O-PD-3386048_0000059_1A0000050_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/9/2021 | | | 266O-PD-3386048_0000059_1A0000050_0000002 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/9/2021 | | | 266O-PD-3386048_0000059_1A0000050_0000003 (SENSITIVE).csv | 7/12/2021 |
| Sensitive | 4/14/2021 | | | 266O-PD-3386048_0000062 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/22/2021 | | | 266O-PD-3386048_0000063 (SENSITIVE).pdf | 7/12/2021 |

| Classification | Document Date | Title | Description | File Name | Produced |
|---|---|---|---|---|---|
| Sensitive | 4/22/2021 | | | 266O-PD-3386048_0000063_1A0006218_0000001 (SENSITIVE).png | 7/12/2021 |
| Sensitive | 4/22/2021 | | | 266O-PD-3386048_0000063_1A0006218_0000002 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/22/2021 | | | 266O-PD-3386048_0000063_1A0006218_0000003 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/22/2021 | | | 266O-PD-3386048_0000064 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/22/2021 | | | 266O-PD-3386048_0000065 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/22/2021 | | | 266O-PD-3386048_0000066 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/22/2021 | | | 266O-PD-3386048_0000066_1A0000051_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/22/2021 | | | 266O-PD-3386048_0000066_1A0000051_0000002 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/22/2021 | | | 266O-PD-3386048_0000066_1A0000051_0000003 (SENSITIVE).jpg | 7/12/2021 |
| Sensitive | 4/22/2021 | | | 266O-PD-3386048_0000066_Import (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000067_1A0000001_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000067_1A0000001_0000002 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/23/2021 | | | 266O-PD-3386048_0000067_1A0000001_0000003.pdf | 5/5/2021 |
| Nonsensitive | 4/23/2021 | | | 266O-PD-3386048_0000067_1A0000001_0000004.jpg | 5/5/2021 |
| Nonsensitive | 4/23/2021 | | | 266O-PD-3386048_0000067_1A0000001_0000005.jpeg | 5/5/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000068 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000068_1A0000002_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/23/2021 | | | 266O-PD-3386048_0000068_1A0000002_0000002.pdf | 5/5/2021 |

| Classification | Document Date | Title | Description | File Name | Produced |
|---|---|---|---|---|---|
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000070 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000070_1A0000003_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/23/2021 | | | 266O-PD-3386048_0000070_1A0000003_0000002.pdf | 5/5/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000070_1A0000003_0000003 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/23/2021 | | | 266O-PD-3386048_0000071.pdf | 5/5/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000072 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/23/2021 | | | 266O-PD-3386048_0000072_1A0000004_0000001.pdf | 5/5/2021 |
| Nonsensitive | 4/23/2021 | | | 266O-PD-3386048_0000072_1A0000005_0000001_PHYSICAL.pdf | 5/5/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000073 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000073_1A0000006_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/23/2021 | | | 266O-PD-3386048_0000074.pdf | 5/5/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000075 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 4/23/2021 | | | 266O-PD-3386048_0000075_1A0000008_0000001_PHYSICAL.pdf | 5/5/2021 |
| Nonsensitive | 4/23/2021 | | | 266O-PD-3386048_0000076.pdf | 5/5/2021 |
| Nonsensitive | 4/23/2021 | | | 266O-PD-3386048_0000076_1A0000009_0000001_PHYSICAL.pdf | 5/5/2021 |
| Nonsensitive | 4/23/2021 | | | 266O-PD-3386048_0000077.pdf | 5/5/2021 |
| Nonsensitive | 4/23/2021 | | | 266O-PD-3386048_0000077_1A0000010_0000001_PHYSICAL.pdf | 5/5/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000079 (SENSITIVE).pdf | 7/12/2021 |

| Classification | Document Date | Title | Description | File Name | Produced |
|---|---|---|---|---|---|
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000079_1A0000052_0000001_PHYSICAL (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000079_1A0000052_0000002 (SENSITIVE).csv | 7/12/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000079_1A0000052_0000003 (SENSITIVE).csv | 7/12/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000079_1A0000052_0000004 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000079_1A0000052_0000005 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000079_1A0000052_0000006 (SENSITIVE).xlsx | 7/12/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000079_1A0000052_0000007 (SENSITIVE).xlsx | 7/12/2021 |
| Sensitive | 4/23/2021 | | | 266O-PD-3386048_0000079_1A0000052_0000008_PHYSICAL (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 2/17/2021 | | | 266O-PD-3386048-GJ_0000001.pdf | 5/5/2021 |
| Sensitive | 2/17/2021 | | | 266O-PD-3386048-GJ_0000001_1A0000001_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 2/17/2021 | | | 266O-PD-3386048-GJ_0000001_1A0000001_0000002.pdf | 5/5/2021 |
| Nonsensitive | 2/17/2021 | | | 266O-PD-3386048-GJ_0000001_1A0000001_0000003.pdf | 5/5/2021 |
| Nonsensitive | 2/17/2021 | | | 266O-PD-3386048-GJ_0000002.pdf | 5/5/2021 |
| Sensitive | 2/17/2021 | | | 266O-PD-3386048-GJ_0000002_1A0000002_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 2/17/2021 | | | 266O-PD-3386048-GJ_0000002_1A0000002_0000002.pdf | 5/5/2021 |
| Nonsensitive | 2/17/2021 | | | 266O-PD-3386048-GJ_0000002_1A0000002_0000003.pdf | 5/5/2021 |
| Nonsensitive | 2/17/2021 | | | 266O-PD-3386048-GJ_0000003.pdf | 5/5/2021 |
| Nonsensitive | 2/17/2021 | | | 266O-PD-3386048-GJ_0000003_1A0000003_0000001.pdf | 5/5/2021 |
| Nonsensitive | 2/17/2021 | | | 266O-PD-3386048-GJ_0000003_1A0000003_0000002.pdf | 5/5/2021 |
| Nonsensitive | 2/17/2021 | | | 266O-PD-3386048-GJ_0000003_1A0000003_0000003.jpeg | 5/5/2021 |

| Classification | Document Date | Title | Description | File Name | Produced |
|---|---|---|---|---|---|
| Nonsensitive | 2/17/2021 | | | 266O-PD-3386048-GJ_0000004.pdf | 5/5/2021 |
| Sensitive | 2/17/2021 | | | 266O-PD-3386048-GJ_0000004_Import (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/18/2021 | | | 266O-PD-3386048-GJ_0000005 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/18/2021 | | | 266O-PD-3386048-GJ_0000005_1A0000004_0000001 (SENSITIVE).zip | 7/12/2021 |
| Nonsensitive | 2/18/2021 | | | 266O-PD-3386048-GJ_0000005_1A0000004_0000002.pdf | 5/5/2021 |
| Sensitive | 2/18/2021 | | | 266O-PD-3386048-GJ_0000006 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/18/2021 | | | 266O-PD-3386048-GJ_0000006_1A0000005_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 2/18/2021 | | | 266O-PD-3386048-GJ_0000006_1A0000005_0000002 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 2/18/2021 | | | 266O-PD-3386048-GJ_0000006_1A0000005_0000003.pdf | 5/5/2021 |
| Nonsensitive | 2/19/2021 | | | 266O-PD-3386048-GJ_0000007.pdf | 5/5/2021 |
| Sensitive | 2/19/2021 | | | 266O-PD-3386048-GJ_0000007_1A0000006_0000001 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 2/19/2021 | | | 266O-PD-3386048-GJ_0000007_1A0000006_0000002.pdf | 5/5/2021 |
| Nonsensitive | 2/19/2021 | | | 266O-PD-3386048-GJ_0000007_1A0000006_0000003.pdf | 5/5/2021 |
| Nonsensitive | 2/19/2021 | | | 266O-PD-3386048-GJ_0000007_1A0000006_0000004.pdf | 5/5/2021 |
| Nonsensitive | 2/19/2021 | | | 266O-PD-3386048-GJ_0000007_1A0000006_0000005.pdf | 5/5/2021 |
| Nonsensitive | 2/19/2021 | | | 266O-PD-3386048-GJ_0000007_1A0000006_0000006.pdf | 5/5/2021 |
| Sensitive | 3/29/2021 | | | 266O-PD-3386048-GJ_0000008 (SENSITIVE).pdf | 7/12/2021 |
| Nonsensitive | 3/29/2021 | | | 266O-PD-3386048-GJ_0000008_1A0000007_0000001.pdf | 5/5/2021 |
| Nonsensitive | 3/29/2021 | | | 266O-PD-3386048-GJ_0000008_1A0000007_0000002.pdf | 5/5/2021 |
| Nonsensitive | 3/29/2021 | | | 266O-PD-3386048-GJ_0000008_1A0000007_0000003.pdf | 5/5/2021 |
| Nonsensitive | 3/29/2021 | | | 266O-PD-3386048-GJ_0000008_1A0000007_0000004.tif | 5/5/2021 |
| Sensitive | 3/29/2021 | | | 266O-PD-3386048-GJ_0000008_1A0000007_0000005 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/2/2021 | | | 266O-PD-3386048-GJ_0000009 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/2/2021 | | | 266O-PD-3386048-GJ_0000009_1A0000008_0000001 (SENSITIVE).pdf | 7/12/2021 |

| Classification | Document Date | Title | Description | File Name | Produced |
|---|---|---|---|---|---|
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048-GJ_0000009_1A0000008_0000002.pdf | 5/5/2021 |
| Nonsensitive | 4/2/2021 | | | 266O-PD-3386048-GJ_0000009_1A0000008_0000003.pdf | 5/5/2021 |
| Sensitive | 4/2/2021 | | | 266O-PD-3386048-GJ_0000009_1A0000008_0000004 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/2/2021 | | | 266O-PD-3386048-GJ_0000009_1A0000008_0000005 (SENSITIVE).pdf | 7/12/2021 |
| Sensitive | 4/2/2021 | | | 266O-PD-3386048-GJ_0000009_1A0000008_0000006 (SENSITIVE).zip | 7/12/2021 |
| Nonsensitive | 2/22/2021 | | | 266O-PD-3386048-PEN_0000001.pdf | 5/5/2021 |
| Sensitive | 2/23/2021 | | | 266O-PD-3386048-PEN_0000002 (SENSITIVE).pdf | 7/12/2021 |