

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 20, 2021

Michelle M. Sweet, Esq.      Eugene Gorokhov, Esq.
Federal Public Defender      Burnham & Gorokhov, PLLC
District of Oregon      1424 K Street NW, Suite 500
101 SW Main Street, Suite 1700      Washington, D.C. 20005
Portland, OR 97204

    Re:    *United States v. Jonathan Peter Klein & Matthew Leland Klein*
             Case No. 21-CR-237

Dear Counsel:

    I have uploaded to USAfx the following U.S. Capitol CCTV videos, which are contained within five .zip files named **7.20.2021 - USCP CCTV - HIGHLY SENSITIVE ITEMS -1.zip** through **7.20.2021 - USCP CCTV - HIGHLY SENSITIVE ITEMS -5.zip**:

- Senate Wing Door near S139-2021-01-06_14h11min00s000ms.mp4
- Senate Wing Door near S139-2021-01-06_14h35min00s000ms.asf
- North Door Appt. Desk-2021-01-06_14h10min00s000ms.asf
- North Door Appt. Desk-2021-01-06_15h10min00s000ms.asf
- North Door Appt. Desk-2021-01-06_16h09min00s000ms.asf
- Brumidi Corridor-2021-01-06_14h10min00s000ms.asf
- House Wing Door-2021-01-06_14h25min00s000ms.mp4
- Crypt East-2021-01-06_14h18min00s000ms.mp4
- Crypt North-2021-01-06_14h18min00s000ms.mp4
- Crypt South-2021-01-06_14h18min00s000ms.mp4
- Rotunda South-2021-01-06_14h17min00s000ms.mp4
- Rotunda North-2021-01-06_14h17min00s000ms.mp4

Each of these videos are considered Highly Sensitive for purposes of the Protective Order.

As always, please let me know if you have any questions or issues accessing any of the files. Please also let me know if there are items that have not yet been produced that you would like prioritized as the formal discovery productions are prepared.

Sincerely,

*s/ Christopher K. Veatch*
CHRISTOPHER K. VEATCH
Assistant United States Attorney