UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-237 (RDM) |
| : | |
| JONATHANPETER ALLEN KLEIN and : | |
| MATTHEW LELAND KLEIN, : | |
| : | |
| Defendants. : | |

### GOVERNMENT'S SECOND NOTICE
### REGARDING DISCOVERY CORRESPONDENCE

The United States of America, by and through undersigned counsel, respectfully submits this second notice of its correspondence to defense counsel regarding discovery productions to date. Filed as attachments to this notice are emails to counsel containing information regarding the items tendered. The emails are identified in the following chart, which includes the number of the attachment as well as the date and recipient of the correspondence.

| Attachment | Letter Date | Recipient(s) |
|---|---|---|
| 1 | May 28, 2021 | Counsel for Defendant Jonathanpeter Klein |
| 2 | May 28, 2021 | Counsel for Defendant Matthew Klein |
| 3 | June 1, 2021 | Counsel for Defendant Matthew Klein[1] |

                                                                          Respectfully submitted,

                                                                          CHANNING D. PHILLIPS
                                                                          Acting United States Attorney
                                                                          DC Bar No. 415793

By:   /s/ *Christopher K. Veatch*
                    CHRISTOPHER K. VEATCH
                    Assistant United States Attorney, Detailee
                    IL Bar No. 6276097
                    219 S. Dearborn Street, 5th Floor
                    Chicago, Illinois 60604

---

[1] A portion of this email containing information which is not descriptive of the government's production has been deleted. An unredacted version of this email was received by counsel and is available for the Court's inspection upon request.

christopher.veatch@usdoj.gov
(312) 886-3389