| | |
|---|---|
| **From:** | Veatch, Christopher (USAILN) |
| **To:** | "Steve Kiersh" |
| **Subject:** | U.S. v. Jonathanpeter Klein - Preliminary Video Discovery |
| **Date:** | Friday, May 28, 2021 12:01:00 PM |

Hello Steve,

I have prepared another tranche of preliminary discovery consisting of open source videos relating to Mr. Klein and his brother's conduct. They are uploaded to USAfx and are in the .zip files named **5.28.2021 Preliminary Video Discovery (Non-Sensitive) Part 1.zip** and **5.28.2021 Preliminary Video Discovery (Non-Sensitive) Part 2.zip**.

As we continue to prepare the materials for formal discovery, please let me know if there are any items you would like me to prioritize or which I may be able to turnover in preliminary discovery. Should you wish to discuss this, I am available at your convenience.

Once Mr. Gorokhov is officially in this case, if applicable, I will forward him the links as well.

Thank you!
Chris

Christopher K. Veatch
Assistant U.S. Attorney | N.D. of Illinois (on detail to the District of Columbia)
219 S. Dearborn Street, 5th Floor, Chicago, IL 60604 | 312-886-3389 | christopher.veatch@usdoj.gov