UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MATTHEW LELAND KLEIN,<br><br>Defendant. | Criminal Action No. 21-237-2 (RDM) |

### DECLARATION OF DONNA THIBODEAU

Under 28 U.S.C. § 1746, I, Donna Thibodeau, state the following:

1. I am the third-party custodian for Mr. Matthew Leland Klein. By order of the Court, Mr. Klein is confined to my home in Baker County, Oregon.

2. From the period of Aug 2, 2021 to Aug 9, 2021, I attest that Matthew Leland Klein has fully complied with each and every condition of his pre-trial release.

3. I attest that if I become aware or have reason to believe that Matthew Leland Klein has violated or will violate any conditions of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: August 9, 2021

Donna Thibodeau

2