# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:21cr237-RDM |
| v. ) | |
| ) | |
| MATTHEW KLEIN, ) | |
| ) | |
| _____Defendant._____ ) | |

## ORDER

This matter comes before the Court on Matthew Klein's motion to modify his conditions of pretrial release. Having considered the matter, the motion is GRANTED and it is hereby

ORDERED that Mr. Klein conditions of release as modified as follows: (1) Mr. Klein shall be subject to a curfew to be determined by Pretrial Services; (2) Mr. Klein shall be permitted to use the internet but is prohibited from using social media, and (3) the pretrial release condition requiring the weekly filing of a third-party custodian declaration is hereby vacated.  Mr. Klein's third-party custodian is subject to an ongoing legal duty to report any violations of the conditions of pretrial release.

So ORDERED on _____.

_____
United States District Court Judge
Washington, DC