**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

Criminal Action No. 21-237-2 (RDM)

MATTHEW LELAND KLEIN,

*Defendant.*

**DECLARATION OF DONNA THIBODEAU**

Under 28 U.S.C. § 1746, I, Donna Thibodeau, state the following:

1. I am the third-party custodian for Mr. Matthew Leland Klein.  By order of the Court, Mr. Klein is confined to my home in Baker County, Oregon.

2. From the period of _8 30_ , 2021 to _9 l6_ , 2021, I attest that Matthew Leland Klein has fully complied with each and every condition of his pre-trial release.

3. I attest that if I become aware or have reason to believe that Matthew Leland Klein has violated or will violate any conditions of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: _Sept 6_ , 2021

Donna Thibodeau

2