UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| :--- | :--- | :--- |
| | : | |
| v. | : | Case No. 21-CR-237 (RDM) |
| | : | |
| JONATHANPETER ALLEN KLEIN and MATTHEW LELAND KLEIN, | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S THIRD NOTICE
## REGARDING DISCOVERY CORRESPONDENCE

The United States of America, by and through undersigned counsel, respectfully submits this third notice of its correspondence to defense counsel regarding discovery productions to date. Filed as attachments to this notice is correspondence to counsel containing information regarding the items tendered. The correspondence is identified in the following chart, which includes the number of the attachment, as well as the date and recipient of the correspondence.[1]

| Attachment | Letter Date | Recipient(s) |
| :---: | :---: | :--- |
| 1 | September 17, 2021 | Counsel for Both Defendants |
| 2 | September 21, 2021 | Counsel for Both Defendants |
| 3 | September 23, 2021 | Counsel for Defendant Matthew Klein |
| 4 | September 27, 2021 | Counsel for Both Defendants |

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   /s/ *Christopher K. Veatch*
CHRISTOPHER K. VEATCH
Assistant United States Attorney, Detailee
IL Bar No. 6276097
219 S. Dearborn Street, 5th Floor

---

[1] A portion of some of the correspondence has been redacted. Unredacted versions of such correspondence was received by counsel and is available for the Court's inspection upon request.

Chicago, Illinois 60604
christopher.veatch@usdoj.gov
(312) 886-3389