

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 17, 2021

| | |
|---|---|
| Michelle M. Sweet, Esq. | Eugene Gorokhov, Esq. |
| Federal Public Defender | Burnham & Gorokhov, PLLC |
| District of Oregon | 1424 K Street NW, Suite 500 |
| 101 SW Main Street, Suite 1700 | Washington, D.C. 20005 |
| Portland, OR 97204 | |

      Re:    *United States v. Jonathan Peter Klein & Matthew Leland Klein*
               Case No. 21-CR-237

Dear Counsel:

      I have uploaded to USAfx an additional batch of discovery consisting of the Non-Sensitive, Sensitive, and Highly Sensitive items identified in Attachment A to this letter. Please note, the government reserves the right to modify these designations to the extent an item's sensitivity was not properly categorized in this preliminary discovery. Please let us know if there are any items for which you would like a designation to be reviewed or reconsidered.

      Sincerely,

      *s/ Christopher K. Veatch*
      CHRISTOPHER K. VEATCH
      Assistant United States Attorney

# Attachment A – September 17, 2021
## Discovery Index

| Protective Order Designation | File Name |
|---|---|
| NON-SENSITIVE | 266O-PD-3386048_0000082.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000082_1A0000055_0000001.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000082_1A0000055_0000002.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000084.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000084_1A0000058_0000001.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000085.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000086.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000088.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000088_1A0000060_0000001.JPG |
| NON-SENSITIVE | 266O-PD-3386048_0000088_1A0000060_0000002.JPG |
| NON-SENSITIVE | 266O-PD-3386048_0000088_1A0000060_0000003.jpeg |
| NON-SENSITIVE | 266O-PD-3386048_0000088_1A0000060_0000004.JPG |
| NON-SENSITIVE | 266O-PD-3386048_0000088_1A0000060_0000006.JPG |
| NON-SENSITIVE | 266O-PD-3386048_0000088_1A0000060_0000007.ARW |
| NON-SENSITIVE | 266O-PD-3386048_0000088_1A0000061_0000002.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000090.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000090_1A0000063_0000001.mp4 |
| NON-SENSITIVE | 266O-PD-3386048_0000090_1A0000063_0000002.mp4 |
| NON-SENSITIVE | 266O-PD-3386048_0000090_1A0000063_0000003.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000090_1A0000063_0000004.mp4 |
| NON-SENSITIVE | 266O-PD-3386048_0000090_1A0000063_0000005_PHYSICAL.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000090_1A0000063_0000006_PHYSICAL.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000091.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000091_1A0000064_0000001.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000091_1A0000064_0000002.mp4 |
| NON-SENSITIVE | 266O-PD-3386048_0000091_1A0000064_0000003_PHYSICAL.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000095_1A0000067_0000002.zip |
| SENSITIVE | 266O-PD-3386048_0000079.pdf |
| SENSITIVE | 266O-PD-3386048_0000079_1A0000052_0000001_PHYSICAL.pdf |
| SENSITIVE | 266O-PD-3386048_0000079_1A0000052_0000002.csv |
| SENSITIVE | 266O-PD-3386048_0000079_1A0000052_0000003.csv |
| SENSITIVE | 266O-PD-3386048_0000079_1A0000052_0000004.pdf |
| SENSITIVE | 266O-PD-3386048_0000079_1A0000052_0000005.pdf |
| SENSITIVE | 266O-PD-3386048_0000079_1A0000052_0000006.xlsx |
| SENSITIVE | 266O-PD-3386048_0000079_1A0000052_0000007.xlsx |
| SENSITIVE | 266O-PD-3386048_0000079_1A0000052_0000008_PHYSICAL.pdf |
| SENSITIVE | 266O-PD-3386048_0000080.pdf |
| SENSITIVE | 266O-PD-3386048_0000080_1A0000053_0000001.pdf |
| SENSITIVE | 266O-PD-3386048_0000083.pdf |
| SENSITIVE | 266O-PD-3386048_0000083_1A0000056_0000001.zip |
| SENSITIVE | 266O-PD-3386048_0000083_1A0000056_0000002.zip |
| SENSITIVE | 266O-PD-3386048_0000083_1A0000056_0000003_PHYSICAL.pdf |
| SENSITIVE | 266O-PD-3386048_0000083_1A0000057_0000001.xlsx |
| SENSITIVE | 266O-PD-3386048_0000085_1A0000059_0000001.pdf |
| SENSITIVE | 266O-PD-3386048_0000085_1A0000059_0000002.pdf |
| SENSITIVE | 266O-PD-3386048_0000085_1A0000059_0000003_PHYSICAL.pdf |
| SENSITIVE | 266O-PD-3386048_0000085_1A0000059_0000004.zip |
| SENSITIVE | 266O-PD-3386048_0000085_1A0000059_0000005.pdf |
| SENSITIVE | 266O-PD-3386048_0000085_1A0000059_0000006.zip |
| SENSITIVE | 266O-PD-3386048_0000085_1A0000059_0000007.pdf |
| SENSITIVE | 266O-PD-3386048_0000085_1A0000059_0000008.pdf |
| SENSITIVE | 266O-PD-3386048_0000092.pdf |
| SENSITIVE | 266O-PD-3386048_0000092_1A0000065_0000001_PHYSICAL.pdf |
| SENSITIVE | 266O-PD-3386048_0000092_1A0000065_0000002.pdf |
| SENSITIVE | 266O-PD-3386048_0000092_1A0000065_0000003.pdf |

**Discovery Index**

| Protective Order Designation | File Name |
|---|---|
| SENSITIVE | 266O-PD-3386048_0000092_1A0000065_0000004.pdf |
| SENSITIVE | 266O-PD-3386048_0000092_1A0000065_0000005.zip |
| SENSITIVE | 266O-PD-3386048_0000094.pdf |
| SENSITIVE | 266O-PD-3386048_0000094_1A0014950_0000001_Redacted.pdf |
| SENSITIVE | 266O-PD-3386048_0000095_1A0000067_0000001_Redacted.pdf |
| SENSITIVE | 266O-PD-3386048_0000095_Redacted.pdf |
| SENSITIVE | 266O-PD-3386048_0000096.pdf |
| SENSITIVE | 266O-PD-3386048_0000096_1A0000068_0000001.xlsx |
| SENSITIVE | 266O-PD-3386048_0000096_1A0000068_0000002.pdf |
| SENSITIVE | 266O-PD-3386048_0000096_1A0000068_0000003.csv |
| SENSITIVE | 266O-PD-3386048_0000097.pdf |
| SENSITIVE | 266O-PD-3386048_0000097_1A0008450_0000001_Redacted.pdf |
| SENSITIVE | 266O-PD-3386048_0000098.pdf |
| SENSITIVE | 266O-PD-3386048_0000098_1A0008285_0000001_Redacted.pdf |
| HIGHLY SENSITIVE | 266O-PD-3386048_0000089.pdf |
| HIGHLY SENSITIVE | 266O-PD-3386048_0000089_1A0000062_0000001_Redacted.pdf |
| HIGHLY SENSITIVE | 266O-PD-3386048_0000089_1A0000062_0000003_Redacted.pdf |
| HIGHLY SENSITIVE | 266O-PD-3386048_0000099_Redacted.pdf |