

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 21, 2021

Michelle M. Sweet, Esq.  Eugene Gorokhov, Esq.
Federal Public Defender  Burnham & Gorokhov, PLLC
District of Oregon  1424 K Street NW, Suite 500
101 SW Main Street, Suite 1700  Washington, D.C. 20005
Portland, OR 97204

Re: *United States v. Jonathan Peter Klein & Matthew Leland Klein*
Case No. 21-CR-237

Dear Counsel:

I have uploaded to USAfx an additional batch of discovery consisting of the Non-Sensitive and Sensitive items identified in Attachment A to this letter. The government reserves the right to modify these designations to the extent an item's sensitivity was not properly categorized in this preliminary discovery. Please let me know if there are any items for which you would like a designation to be reviewed or reconsidered.

The referenced materials are contained in a folder entitled ████████ ████████████████, which is located at:

- ████████████████████████████████████████████.

Please let me know if you do not receive an invitation to or have any difficulties accessing this folder or would like to discuss any of the materials.

Sincerely,

*s/ Christopher K. Veatch*
CHRISTOPHER K. VEATCH
Assistant United States Attorney

**ATTACHMENT A – September 21, 2021**
**Discovery Index**

| Protective Order Designation | File Name |
| --- | --- |
| SENSITIVE | 266O-PD-3386048_0000012_1A0000008_0000001_Redacted.pdf |
| SENSITIVE | 266O-PD-3386048_0000012_1A0000008_0000002_Redacted.pdf |
| SENSITIVE | 266O-PD-3386048_0000012_1A0000008_0000003_Redacted.pdf |
| SENSITIVE | 266O-PD-3386048_0000012_1A0000008_0000004_Redacted.pdf |
| SENSITIVE | 266O-PD-3386048_0000012_1A0000008_0000005_Redacted.pdf |
| SENSITIVE | 266O-PD-3386048_0000012_Redacted.pdf |
| SENSITIVE | 266O-PD-3386048_0000046.pdf |
| SENSITIVE | 266O-PD-3386048_0000046_1A0000035_0000001.pdf |
| SENSITIVE | 266O-PD-3386048_0000046_Import_Redacted.pdf |
| SENSITIVE | Review of 1B7 & 1B8 (PD-3386044) |
| SENSITIVE | Review of 1B10 (PD-3386044) |
| NON-SENSITIVE | CAPVID_00001_ABQ Raw 31 Minute youtube.com watch v=YONAuAesjAY |
| NON-SENSITIVE | CAPVID_00002_ABQ Raw 9 minute youtube.com watch v=oYxKioXhve0 |
| NON-SENSITIVE | CAPVID_00003_ABQ Raw Anatomy of a Riot youtube.com |
| NON-SENSITIVE | CAPVID_00004_ABQ Raw People Storm the Capitol youtube.com |
| NON-SENSITIVE | CAPVID_00005_Banned-Video What REALLY Happen at the Capitol |
| NON-SENSITIVE | CAPVID_00006_BG on the Ground - Trump Supporters Storm US Capitol in DC youtube.com |
| NON-SENSITIVE | CAPVID_00007_Block Video |
| NON-SENSITIVE | CAPVID_00008_BREAKING_ Trump Supporters Breach Barriers and Storm Capitol |
| NON-SENSITIVE | CAPVID_00009_Capitolhunters walking outside capitol twitter.com |
| NON-SENSITIVE | CAPVID_00010_Channel 4 News Proud boys leader will continue to happen youtube.com |
| NON-SENSITIVE | CAPVID_00011_ElijahSchaffer Twitter assault on the barricades |
| NON-SENSITIVE | CAPVID_00012_Hunting Insurrectionists Columbus Door Parler Videos youtube.com |
| NON-SENSITIVE | CAPVID_00013_Hunting Insurrectionists East Columbus Doors 1345 - 1645 youtube.com |
| NON-SENSITIVE | CAPVID_00014_Hunting Insurrectionists Joe Biggs Timeline youtube.com |
| NON-SENSITIVE | CAPVID_00015_Hunting Insurrectionists youtube.com |
| NON-SENSITIVE | CAPVID_00016_Hunting Insurrectionists Terrorist breach the West Barricades youtube.com |
| NON-SENSITIVE | CAPVID_00017_Hunting Insurrectionists Terrorist break into Capitol multiple angles youtube.com |
| NON-SENSITIVE | CAPVID_00018_Insurgence full video seige on capitol youtube.com |
| NON-SENSITIVE | CAPVID_00019_Miami Proudboy - MoSD brief youtube |
| NON-SENSITIVE | CAPVID_00020_Nabert Biggs timeline twitter.com |
| NON-SENSITIVE | CAPVID_00021_Nabert BulgePB twitter.com |
| NON-SENSITIVE | CAPVID_00022_Nigrotime Capitol Riots Raw Footage youtube.com |
| NON-SENSITIVE | CAPVID_00023_Nigrotime The US Capitol Breach as it happened youtube.com |
| NON-SENSITIVE | CAPVID_00024_Nine_niall Twitter subjects entering |
| NON-SENSITIVE | CAPVID_00025_Propublica Parler 1253 Near Capitol - Breaching Fence |
| NON-SENSITIVE | CAPVID_00026_Propublica Parler 1357 Near Capitol Barricades Being Removed |
| NON-SENSITIVE | CAPVID_00027_Propublica Parler 1406 Near Capitol Pushing Past Police Line |
| NON-SENSITIVE | CAPVID_00028_Propublica Parler 1411 Near Capitol Pushing up Scaffolding |
| NON-SENSITIVE | CAPVID_00029_Propublica Parler 1412 Near Capitol Reaching Walls and Banging on Windows |
| NON-SENSITIVE | CAPVID_00030_Propublica Parler 1413 Near Capitol - Radio |
| NON-SENSITIVE | CAPVID_00031_Propublica Parler 1413 Near Capitol - Windows |
| NON-SENSITIVE | CAPVID_00032_Propublica Parler 1414 Inside the Capitol |
| NON-SENSITIVE | CAPVID_00033_Propublica Parler 1415 Inside the Capitol |
| NON-SENSITIVE | CAPVID_00034_Propublica Parler 1501 inside the Capitol - Rotunda |
| NON-SENSITIVE | CAPVID_00035_Propublica Parler 1512 Inside the Capitol |
| NON-SENSITIVE | CAPVID_00036_realJamesKlug Twitter Klein brothers breach door part 2 |

**Discovery Index**

| Protective Order Designation | File Name |
|---|---|
| NON-SENSITIVE | CAPVID_00037_realJamesKlug Twitter Klein brothers breach door |
| NON-SENSITIVE | CAPVID_00038_RFIRN Eastside Capitol Building youtube.com |
| NON-SENSITIVE | CAPVID_00039_SRM Pro Trump Protestors Beat Police Officer youtube.com |
| NON-SENSITIVE | CAPVID_00040_SRM Scenes of Chaos outside US Capitol youtube.com |
| NON-SENSITIVE | CAPVID_00041_The Sun Live Stream youtube.com |
| NON-SENSITIVE | CAPVID_00042_washingtondc theellipse live irl LIVE in DC where Trump has called in the PATRIOTS |
| NON-SENSITIVE | CAPVID_00043_Video showing breach and Pezzola shield carry |
| NON-SENSITIVE | CAPVID_00044_IMG_9475 |
| NON-SENSITIVE | CAPVID_00045_IMG_9476 |
| NON-SENSITIVE | CAPVID_00046_IMG_9477 |
| NON-SENSITIVE | CAPVID_00047_IMG_9481 |
| NON-SENSITIVE | CAPVID_00048_IMG_9483 |
| NON-SENSITIVE | CAPVID_00049_IMG_9492 |
| NON-SENSITIVE | CAPVID_00050_IMG_9495 |
| NON-SENSITIVE | CAPVID_00051_IMG_9496 |
| NON-SENSITIVE | CAPVID_00052_IMG_9508 |
| NON-SENSITIVE | CAPVID_00053_IMG_9531 |
| NON-SENSITIVE | CAPVID_00054_IMG_9573 |
| NON-SENSITIVE | CAPVID_00055_4104714703243719183 |
| NON-SENSITIVE | CAPVID_00056_camvideo_5702bda6 |
| NON-SENSITIVE | CAPVID_00057_IMG_1538 |
| NON-SENSITIVE | CAPVID_00058_IMG_1539 |
| NON-SENSITIVE | CAPVID_00059_IMG_1540 |
| NON-SENSITIVE | CAPVID_00060_IMG_1542 |
| NON-SENSITIVE | CAPVID_00061_IMG_1543 |
| NON-SENSITIVE | CAPVID_00062_IMG_1544 |
| NON-SENSITIVE | CAPVID_00063_IMG_1545 |
| NON-SENSITIVE | CAPVID_00064_IMG_1546 |
| NON-SENSITIVE | CAPVID_00065_IMG_1547 |
| NON-SENSITIVE | CAPVID_00066_IMG_1548 |
| NON-SENSITIVE | CAPVID_00067_IMG_1549 |
| NON-SENSITIVE | CAPVID_00068_IMG_1550 |
| NON-SENSITIVE | CAPVID_00069_IMG_1551 |
| NON-SENSITIVE | CAPVID_00070_IMG_1552 |
| NON-SENSITIVE | CAPVID_00071_IMG_1553 |
| NON-SENSITIVE | CAPVID_00072_IMG_1554 |
| NON-SENSITIVE | CAPVID_00073_IMG_1555 |
| NON-SENSITIVE | CAPVID_00074_IMG_1556 |
| NON-SENSITIVE | CAPVID_00075_IMG_1557 |
| NON-SENSITIVE | CAPVID_00076_IMG_1558 |
| NON-SENSITIVE | CAPVID_00077_IMG_1559 |
| NON-SENSITIVE | CAPVID_00078_IMG_1560 |
| NON-SENSITIVE | CAPVID_00079_IMG_1561 |
| NON-SENSITIVE | CAPVID_00080_IMG_1562 |
| NON-SENSITIVE | CAPVID_00081_IMG_1563 |
| NON-SENSITIVE | CAPVID_00082_IMG_1564 |
| NON-SENSITIVE | CAPVID_00083_IMG_1566 |
| NON-SENSITIVE | CAPVID_00084_IMG_1568 |
| NON-SENSITIVE | CAPVID_00085_IMG_1569 |
| NON-SENSITIVE | CAPVID_00086_IMG_1570 |
| NON-SENSITIVE | CAPVID_00087_IMG_1572 |
| NON-SENSITIVE | CAPVID_00088_IMG_1573 |
| NON-SENSITIVE | CAPVID_00089_IMG_1575 |
| NON-SENSITIVE | CAPVID_00090_IMG_1576 |
| NON-SENSITIVE | CAPVID_00091_IMG_1577 |

**Discovery Index**

| Protective Order Designation | File Name |
|---|---|
| NON-SENSITIVE | CAPVID_00092_IMG_1578 |
| NON-SENSITIVE | CAPVID_00093_IMG_1580 |
| NON-SENSITIVE | CAPVID_00094_IMG_1581 |
| NON-SENSITIVE | CAPVID_00095_IMG_1582 |
| NON-SENSITIVE | CAPVID_00096_IMG_1583 |
| NON-SENSITIVE | CAPVID_00097_IMG_1584 |
| NON-SENSITIVE | CAPVID_00098_IMG_1585 |
| NON-SENSITIVE | CAPVID_00099_IMG_1588 |
| NON-SENSITIVE | CAPVID_00100_IMG_1589 |
| NON-SENSITIVE | CAPVID_00101_IMG_1592 |
| NON-SENSITIVE | CAPVID_00102_IMG_1593 |
| NON-SENSITIVE | CAPVID_00103_IMG_1594 |
| NON-SENSITIVE | CAPVID_00104_IMG_1595 |
| NON-SENSITIVE | CAPVID_00105_IMG_1596 |
| NON-SENSITIVE | CAPVID_00106_IMG_1597 |
| NON-SENSITIVE | CAPVID_00107_IMG_1598 |
| NON-SENSITIVE | CAPVID_00108_IMG_1599 |
| NON-SENSITIVE | CAPVID_00109_IMG_1600 |
| NON-SENSITIVE | CAPVID_00110_IMG_1601 |
| NON-SENSITIVE | CAPVID_00111_IMG_1602 |
| NON-SENSITIVE | CAPVID_00112_IMG_1603 |
| NON-SENSITIVE | CAPVID_00113_IMG_1604 |
| NON-SENSITIVE | CAPVID_00114_IMG_1606 |
| NON-SENSITIVE | CAPVID_00115_IMG_1607 |
| NON-SENSITIVE | CAPVID_00116_IMG_1610 |
| NON-SENSITIVE | CAPVID_00117_IMG_1611 |
| NON-SENSITIVE | CAPVID_00118_IMG_1612 |
| NON-SENSITIVE | CAPVID_00119_IMG_1614 |
| NON-SENSITIVE | CAPVID_00120_IMG_1615 |
| NON-SENSITIVE | CAPVID_00121_IMG_1616 |
| NON-SENSITIVE | CAPVID_00122_IMG_1617 |
| NON-SENSITIVE | CAPVID_00123_IMG_1618 |
| NON-SENSITIVE | CAPVID_00124_IMG_1619 |
| NON-SENSITIVE | CAPVID_00125_IMG_1620 |
| NON-SENSITIVE | Eddie Block Photos and Videos - January 6 |