

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 23, 2021

Eugene Gorokhov, Esq.
Burnham & Gorokhov, PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005

    Re:    *United States v. Jonathan Peter Klein & Matthew Leland Klein*
            Case No. 21-CR-237

Dear Counsel:

    I have uploaded to the ███████████████████ USAfx folder a copy of evidence item E6448090 which consists of data obtained pursuant to a search warrant served on Facebook, Inc. This item was previously produced to counsel for Jonathanpeter Klein with other "1B" items.

    Please let me know if you have any difficulty accessing this folder or have any questions.

    Sincerely,

    *s/ Christopher K. Veatch*
    CHRISTOPHER K. VEATCH
    Assistant United States Attorney

cc:    Michelle M. Sweet, Esq.