# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 21-CR-237 (RDM) |
| : | |
| JONATHANPETER ALLEN KLEIN and : | |
| MATTHEW LELAND KLEIN, : | |
| : | |
| Defendants. : | |

## GOVERNMENT'S FOURTH NOTICE
## REGARDING DISCOVERY CORRESPONDENCE

The United States of America, by and through undersigned counsel, respectfully submits this fourth notice of its correspondence to defense counsel regarding discovery productions to date. Filed as an attachment to this notice is correspondence to counsel containing information regarding the items tendered. The correspondence is identified in the following chart, which includes the number of the attachment, as well as the date and recipient of the correspondence.

| Attachment | Letter Date | Recipient(s) |
|---|---|---|
| 1 | September 29, 2021 | Counsel for Both Defendants |

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   /s/ *Christopher K. Veatch*
CHRISTOPHER K. VEATCH
Assistant United States Attorney, Detailee
IL Bar No. 6276097
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
christopher.veatch@usdoj.gov
(312) 886-3389