

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 29, 2021

Michelle M. Sweet, Esq.  Eugene Gorokhov, Esq.
Federal Public Defender  Burnham & Gorokhov, PLLC
District of Oregon  1424 K Street NW, Suite 500
101 SW Main Street, Suite 1700  Washington, D.C. 20005
Portland, OR 97204

Re:   *United States v. Jonathan Peter Klein & Matthew Leland Klein*
      Case No. 21-CR-237

Dear Counsel:

I have uploaded to USAfx an additional batch of discovery consisting of the following Non-Sensitive and Highly Sensitive items:

| Protective Order Designation | File Name |
|---|---|
| NON-SENSITIVE | 266O-PD-3386048_0000100_Redacted.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000101.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000101_1A0000013_0000001.jpg |
| NON-SENSITIVE | 266O-PD-3386048_0000101_1A0000013_0000002.jpg |
| NON-SENSITIVE | 266O-PD-3386048_0000101_1A0000014_0000001.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000102.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000102_1A0000015_0000001_PHYSICAL.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000103.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000103_Import.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000105.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000105_1A0000016_0000001.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000105_Import.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000106.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000106_1A0000071_0000001.jpg |

| | |
|---|---|
| NON-SENSITIVE | 266O-PD-3386048_0000106_1A0000071_0000002.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000106_1A0000071_0000003.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000106_1A0000071_0000004.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000106_1A0000072_0000001.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000107.pdf |
| NON-SENSITIVE | 266O-PD-3386048_0000107_1A0000073_0000001_PHYSICAL.pdf |
| NON-SENSITIVE | 266O-PD-3386048-GJ_0000010.pdf |
| NON-SENSITIVE | 266O-PD-3386048-GJ_0000010_1A0000009_0000001.pdf |
| NON-SENSITIVE | 266O-PD-3386048-GJ_0000010_1A0000009_0000002.pdf |
| NON-SENSITIVE | 266O-PD-3386048-GJ_0000010_1A0000009_0000004.pdf |
| NON-SENSITIVE | 266O-PD-3386048-GJ_0000010_1A0000009_0000005.pdf |
| HIGHLY SENSITIVE | 266O-PD-3386048_0000104_1A0000069_0000001.pdf |
| HIGHLY SENSITIVE | 266O-PD-3386048_0000104_1A0000069_0000002_Redacted.pdf |
| HIGHLY SENSITIVE | 266O-PD-3386048_0000104_1A0000070_0000001_Redacted.pdf |
| HIGHLY SENSITIVE | 266O-PD-3386048_0000104_Redacted.pdf |

The government reserves the right to modify these designations to the extent an item's sensitivity was not properly categorized in this preliminary discovery. Please let me know if there are any items for which you would like a designation to be reviewed or reconsidered.

Please let me know if you have any difficulties accessing or would like to discuss any of these materials.

                                Sincerely,

                                *s/ Christopher K. Veatch*
                                CHRISTOPHER K. VEATCH
                                Assistant United States Attorney