UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-237 (RDM) |
| : | |
| JONATHANPETER ALLEN KLEIN and : | |
| MATTHEW LELAND KLEIN, : | |
| : | |
| Defendants. : | |

## GOVERNMENT'S FIFTH NOTICE
## REGARDING DISCOVERY CORRESPONDENCE

The United States of America, by and through undersigned counsel, respectfully submits this fifth notice regarding its correspondence to defense counsel regarding discovery productions to date. Filed as exhibits to this notice are correspondence to counsel containing information regarding the items tendered. The correspondence is identified in the following chart, which includes the exhibit numbers, as well as the date and recipient of the correspondence.

| Exhibit | Letter Date | Recipient(s) |
|---|---|---|
| 1 | November 26, 2021 | Counsel for Both Defendants |
| 2 | November 29, 2021 | Counsel for Both Defendants |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Christopher K. Veatch*
CHRISTOPHER K. VEATCH
Assistant United States Attorney, Detailee
IL Bar No. 6276097
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
christopher.veatch@usdoj.gov
(312) 886-3389