

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

November 29, 2021

Michelle M. Sweet, Esq.          Eugene Gorokhov, Esq.
Federal Public Defender          Burnham & Gorokhov, PLLC
District of Oregon               1424 K Street NW, Suite 500
101 SW Main Street, Suite 1700   Washington, D.C. 20005
Portland, OR 97204

     Re:    *United States v. Jonathan Peter Klein & Matthew Leland Klein*
           Case No. 21-CR-237

Dear Counsel:

     I have uploaded to USAfx an additional batch of discovery entitled "2021.11.29 – Sensitive Discovery (1B7, 8, 10 Review)." Please note, the government reserves the right to modify these designations to the extent an item's sensitivity was not properly categorized in this preliminary discovery. Please let us know if there are any items for which you would like a designation to be reviewed or reconsidered.

     Sincerely,

     *s/ Christopher K. Veatch*
     CHRISTOPHER K. VEATCH
     Assistant United States Attorney