IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00237-RDM |
| ) | |
| MATTHEW LELAND KLEIN, ) | |
| ) | |
| Defendant, ) | |
| ) | |

**PROPOSED ORDER**

This matter having come before the Court on the defendant, Matthew Klein's Motion to modify the conditions of pretrial release.  For the reasons stated therein, the motion is **GRANTED**. The conditions of pretrial release are modified as follows:

- Mr. Klein is no longer subject to the third-party custodian requirement.

- Mr. Klein is no longer subject to the curfew requirement

- Mr. Klein is permitted to access social media

- Mr. Klein may contact with Jonathanpeter Klein

**IT IS SO ORDERED.**

Entered this _____ day of _____, 2022.

_____
Honorable Randolph D. Moss
United States District Judge