IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | Case No. 1:21-cr-00237-RDM |
| **MATTHEW LELAND KLEIN,** | ) ) ) | |
| **Defendant,** | ) ) | |

## ORDER

This matter having come before the Court on the defendant, Matthew Klein's Motion to modify the conditions of pretrial release. For the reasons stated therein, the motion is **GRANTED**.

The Court **REMOVES** the restriction confining Mr. Klein's travel to Baker County, Oregon.

The Court **IMPOSES** a restriction confining Mr. Klein's travel to within the District of Oregon.

**IT IS SO ORDERED.**

Entered this _____ day of _____, 2022.

_____
Honorable Randolph D. Moss
United States District Judge