IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00237-RDM |
| ) | |
| **MATTHEW LELAND KLEIN,** ) | |
| ) | |
| **Defendant,** ) | |
| ) | |

**CONSENT MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

Matthew L. Klein, through counsel, respectfully moves the Court to modify his conditions of pretrial release to remove the requirement of location monitoring and drug testing.

In support of his motion, Mr. Klein states as follows:

1. Mr. Klein is currently on pretrial release awaiting trial for charges related to the events of January 6, 2021.

2. After an initial period of detention, Mr. Klein was granted pretrial release subject to certain conditions. ECF 37.

3. Mr. Klein was originally confined to home detention and his travel was restricted to Baker County, Oregon, was required to reside with a third party custodian, was subject to a curfew, and was subject to other restrictions. Mr. Klein's conditions were modified such that he is no longer limited to Baker County, does not have to reside with a third party custodian, and is no longer subject to curfew.

4. Mr. Klein has complied with the conditions of pretrial release in all respects.

5. Mr. Klein has opened a contracting business with his brothers. Mr. Klein frequently travels to remote areas for building projects, which has caused technical complications with his location monitoring device.

6.	As a result of this issue, undersigned counsel conferred with Mr. Klein's supervising pretrial services officer to determine whether there was any objection to the removal of location monitoring as a condition of pretrial release.  Mr. Klein's pretrial officer did not object to the removal of location monitoring, and stated that he supports such a modification.

7.	Additionally, Mr. Klein's pretrial services officer recommended removing the condition of substance abuse testing, given that Mr. Klein has no history of substance abuse and has continuously tested negative while on pretrial release.

8.	The undersigned has conferred with the government, represented by Assistant U.S. Attorney Katherine Boyles. The government does not object to the requested modifications set forth herein.

WHEREFORE, for all of the foregoing reasons, Mr. Klein respectfully requests that this Court remove the condition of location monitoring, and remove the condition of substance abuse testing.

Respectfully submitted,

By: /s/ Eugene Gorokhov
Eugene Gorokhov
Bar No. 979785
BURNHAM & GOROKHOV, PLLC
1750 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 386-6920
eugene@burnhamgorokhov.com