# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MATTHEW KLEIN, )<br>)<br>Defendant. ) | No. 1:21cr237-RDM |

## ORDER

This matter comes before the Court on Matthew Klein's consent motion to modify the conditions of pretrial release to remove location monitoring and substance abuse testing. Having been duly advised, it is hereby

ORDERED that the condition of location monitoring is hereby removed;

It is further ORDERED that the condition of substance abuse testing removed.

It is further ORDERED that all other conditions of pretrial release shall remain in effect.

So ORDERED on _____.

_____
United States District Court Judge
Washington, DC