UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-237-2 (RDM) |
| | : | |
| **MATTHEW LELAND KLEIN,** | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and defendant Matthew Leland Klein, by and through his attorney Eugene V. Gorokhov, Esq. provide this Joint Status Report to the Court.

1. On July 26, 2023, upon consideration of the parties' Joint Status Report filed on July 25, 2023, Doc. 144, the Court directed the parties to file a further joint status report on or before September 26, 2023. The Court also tolled the defendants' Speedy Trial rights in the interest of justice from July 26, 2023 through September 26, 2023. *See* 7/26/23 Minute Order.

2. Since filing the last Joint Status Report, the government has continued to provide global discovery to the defendants in the Capitol Riot related cases.

3. It is the government's position that, at present, the case specific materials discoverable at this time have been tendered and/or made available to the defendants. The government will continue to produce such items as they become available.

4. The parties have met and conferred and are engaged in discussions to potentially resolve this case pre-trial.

5. In addition, given the volume of discovery that has been and is expected to be produced, the defendants need additional time to meaningfully review such discovery and

determine how best to proceed in this matter, including making decisions regarding the filing of pretrial motions.

6. The parties request that the Court set this matter for an additional Joint Status Report to be filed on or before December 22, 2023.

7. The parties agree that time should be excluded under the Speedy Trial Act from September 26, 2023 through December 22, 2023, in the interests of justice for the reasons previously provided by the Court.

8. The defendant is not in pretrial custody and this request for additional time is not made for the purposes of causing unnecessary delay.

9. The undersigned Assistant U.S. Attorney has received permission from counsel for the defendant to file this Joint Status Report.

    Respectfully submitted,

    MATTHEW M. GRAVES  
    United States Attorney  
    DC Bar No. 481052

By:   /s/ Katherine E. Boyles  
    Katherine Boyles  
    Assistant United States Attorney  
    United States Attorney's Office  
    601 D Street NW  
    Washington, D.C. 20001  
    D. Conn. Fed. Bar No. PHV20325  
    Katherine.Boyles@usdoj.gov  
    Phone: 203-931-5088