UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-237-2 (RDM) |
| | : | |
| **MATTHEW LELAND KLEIN,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and defendant Matthew Leland Klein, by and through his attorney Eugene V. Gorokhov, Esq. provide this Joint Status Report to the Court.

1. The parties have reached a plea agreement in this case and are prepared to set a change of plea hearing.

2. The parties respectfully request that this Court set this matter for an in-person change of plea hearing, in consultation with the parties. The parties have already begun the process of scheduling the change of plea on a mutually agreeable date with the Court's courtroom deputy.

3. The parties request and agree that time should be excluded under the Speedy Trial Act from the date of this filing to the change of plea hearing. The parties submit that given the posture of this case, the interests of the defendant and the public in a speedy trial are outweighed by the defendant's interest in resolving this case short of trial.

4. The defendant is not in pretrial custody and this request for additional time is not made for the purposes of causing unnecessary delay.

5. The undersigned Assistant U.S. Attorney has received permission from counsel for the defendant to file this Joint Status Report.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ Katherine E. Boyles
Katherine Boyles
Assistant United States Attorney
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001
D. Conn. Fed. Bar No. PHV20325
Katherine.Boyles@usdoj.gov
Phone: 203-931-5088

2