UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 21-CR-237-2 (RDM) |
| : | |
| MATTHEW LELAND KLEIN, : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to extend the deadline for the United States' sentencing memorandum from November 7, 2024 until November 11, 2024. Undersigned counsel unexpectedly needed to go out on personal leave last week and has been unable to finalize the government's memorandum as a result. Defense counsel does not object to this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ Katherine E. Boyles
Katherine Boyles
Assistant United States Attorney
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001
D. Conn. Fed. Bar No. PHV20325
Katherine.Boyles@usdoj.gov
Phone: 203-931-5088